Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Peter D'Arcy*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER D'ARCY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEQUENTIAL BRANDS GROUP, INC., YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, and ANDREW COOPER,<br><br>Defendants. | Case No. 2:21-cv-02305-JFW-RAO<br><br>**PLAINTIFF PETER D'ARCY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u> |

1

PLAINTIFF PETER D'ARCY'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – Case No. 2:21-cv-02305-JFW-RAO

PLEASE TAKE NOTICE that Plaintiff Peter D'Arcy ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses his claims in the above-captioned action without prejudice as to Plaintiff only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. No defendant has served an answer to the complaint nor moved for summary judgment. No class has been certified.

The case will continue forward as Plaintiff is not the Lead Plaintiff. *See* Dkt. No. 25.

Dated: June 14, 2021                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Peter D'Arcy*

PLAINTIFF PETER D'ARCY'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – Case No. 2:21-cv-02305-JFW-RAO

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 14, 2021, I electronically filed the following **PLAINTIFF PETER D'ARCY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 14, 2021.

/s/Laurence Rosen
Laurence M. Rosen

PLAINTIFF PETER D'ARCY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – Case No. 2:21-cv-02305-JFW-RAO