**ROCHE FREEDMAN LLP**
Ivy T. Ngo (249860)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
Constantine P. Economides (*pro hac vice* forthcoming)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Facsimile: (646) 392-8842
Emails: ingo@rcfllp.com
          vel@rcfllp.com
          ceconomides@rcfllp.com

*Counsel for Lead Plaintiff and the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEQUENTIAL BRANDS GROUP, INC., YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, and ANDREW COOPER<br><br>Defendants. | No.  2:21-cv-02305-JFW-RAO<br><br>**JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE**<br><br>CLASS ACTION |

JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE

WHEREAS, on March 16, 2021, Plaintiff Peter D'Arcy filed a putative securities class action against Defendants Sequential Brands Group, Inc. ("Sequential" or the "Company"), Yehuda Shmidman ("Shmidman"), Karen Murray ("Murray"), Gary Klein ("Klein"), and Andrew Cooper ("Cooper") (collectively, "Defendants") on behalf of persons or entities who purchased or otherwise acquired publicly traded Sequential securities between November 3, 2016 and December 11, 2020, inclusive (the "Class Period"), alleging Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and § 78t(a), and Rule 10b-5 promulgated thereunder by the Securities Exchange Commission ("SEC") (the "Complaint");

WHEREAS, because this action asserts claims under the Exchange Act, it is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, the PSLRA provides for, among other things, the appointment of a lead plaintiff, 15 U.S.C. § 78u-4(a)(3);

WHEREAS, on June 11, 2021, this Court granted CJD Finance Company's ("CJD" or "Lead Plaintiff") unopposed motion for appointment as Lead Plaintiff and approved CJD's selection of Roche Freedman LLP as Lead Counsel for the putative class;

WHEREAS, Lead Plaintiff may file an amended complaint that supersedes the pending complaint;

WHEREAS, the undersigned parties have conferred regarding service and the filing of an amended complaint, and pursuant to 27 U.S.C. § 1404(a), have agreed that a transfer of this action to the United States District Court for the Southern District of New York is appropriate;

WHEREAS, 28 U.S.C. § 1404(a) permits a district court to transfer a case to another district where venue is proper, and the transfer serves the convenience of the parties and witnesses and the interests of justice. In addition, a district court also has inherent authority to transfer cases in order to manage its docket;

1

JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE

WHEREAS, the Company's head office is located at 601 West 26th Street, 9th Floor, New York, New York 10001, and Sequential securities trade on the NASDAQ Exchange located at 4 Times Square, New York, New York 10036;

WHEREAS, the Complaint involves parties and allegations that overlap in part with the complaint filed by the SEC on December 11, 2020, *S.E.C. v. Sequential Brands Group, Inc.*, Case No. 1:20-CV-10471 (S.D.N.Y.) (the "SEC Complaint");

WHEREAS, the SEC Complaint is pending before the Honorable Judge Paul Oetken in the Southern District of New York;

WHEREAS, the United States District Court for the Southern District of New York would have personal jurisdiction over Defendants and subject matter jurisdiction over the causes of action alleged in the Complaint pursuant to 28 U.S.C. §§ 1331, 28 U.S.C. § 1391(b) and § 27 of the Exchange Act, 15 U.S.C. § 78aa; and

WHEREAS, based on the Complaint involving certain overlapping parties and allegations with the SEC Complaint, the undersigned parties agree to submit a joint stipulation in the United States District Court for the Southern District of New York regarding the temporary stay of this case pending the resolution of Sequential's motion to dismiss the SEC Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Undersigned counsel for the Defendants is authorized to accept, and hereby does accept, service of the Complaint, Demand for Jury Trial and Summons, filed on March 16, 2021, for Sequential, Shmidman, Murray, Klein, and Cooper without prejudice to or waiver of any of defenses, objections, or arguments, except as to sufficiency of service of process.

2. This case is hereby transferred to the United States District Court for the Southern District of New York.

3. This stipulation is made without waiver of any of Mr. Shmidman's rights to move to disqualify Plaintiff's counsel from serving as counsel in this matter;

2

JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE

and without waiver of Plaintiff's right to serve a Rule 11 motion if any such motion is frivolously filed.

IT IS SO STIPULATED.

Dated: August 20, 2021       Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Ivy T. Ngo*

Ivy T. Ngo (249860)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
Constantine P. Economides *(pro hac vice* forthcoming)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Emails: ingo@rcfllp.com
        vel@rcfllp.com
        ceconomides@rcfllp.com

*Counsel for Lead Plaintiff and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

**GIBSON DUNN & CRUTCHER LLP**

Dated: August 19, 2021       */s/ Mary Beth Maloney*

Mary Beth Maloney
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2315
Fax: (212) 351-6315
Email: MMaloney@gibsondunn.com

JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE

*Counsel for Defendant Sequential Brands Group, Inc.*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Rudolf Koch*
Rudolf Koch
Daniel E. Kaprow
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7721
Email: Koch@rlf.com
Email: Kaprow@rlf.com

*Counsel for Defendants Karen Murray, Gary Klein, Andrew Cooper, and Yehuda Shmidman*

4

JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE

## **<u>SIGNATURE CERTIFICATION</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 20, 2021

*/s/ Ivy T. Ngo*

Ivy T. Ngo

JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE

## CERTIFICATE OF SERVICE

I, Ivy T. Ngo, hereby certify under penalty of perjury that on August 20, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE