**UNITED STATES DISTRICT COURT**                    JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEQUENTIAL BRANDS GROUP, INC., YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, and ANDREW COOPER,<br><br>Defendants. | Case No.: 2:21-cv-02305-JFW-RAOx<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE**<br><br><u>CLASS ACTION</u> |

Upon consideration of the Joint Stipulation to Transfer Venue and Acceptance of Service, it is HEREBY ORDERED as follows:

1. Counsel for the Defendants is authorized to accept, and hereby does accept, service of the Complaint, Demand for Jury Trial and Summons, filed on March 16, 2021, for Sequential Brands Group, Inc., Yehuda Shmidman, Karen Murray, Gary Klein, and Andrew Cooper without prejudice to or waiver of any of defenses, objections, or arguments, except as to sufficiency of service of process.

2. This case is hereby transferred to the United States District Court for the Southern District of New York.

3. This stipulation is made without waiver of any of Mr. Shmidman's rights to move to disqualify Plaintiff's counsel from serving as counsel in this matter; and without waiver of Plaintiff's right to serve a Rule 11 motion if any such motion is frivolously filed.

**IT IS SO ORDERED.**

Dated: _____ August 23 , 2021       _____
                                                The Honorable John F. Walter
                                                United States District Judge

1