ACCO,(RAOx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:21–cv–02305–JFW–RAO

| | |
|---|---|
| Peter D Arcy v. Sequential Brands Group, Inc. et al | Date Filed: 03/16/2021 |
| Assigned to: Judge John F. Walter | Date Terminated: 08/23/2021 |
| Referred to: Magistrate Judge Rozella A. Oliver | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Peter D Arcy**  represented by **Laurence M. Rosen**
*Individually and on behalf of all others*  Rosen Law Firm PA
*similarly situated*  355 South Grand Avenue Suite 2450
*TERMINATED: 06/14/2021*  Los Angeles, CA 90071
 213–785–2610
 Fax: 213–226–4684
 Email: lrosen@rosenlegal.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CJD Property Finance Company, LLC**  represented by **Ivy T. Ngo**
 Roche Freedman LLP
 Southeast Financial Center
 200 South Biscayne Boulevard Suite 5500
 Miami, FL 33131
 646–350–0527
 Fax: 646–392–8842
 Email: ingo@rcfllp.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

V.

**Movant**

**James Conlon**  represented by **Jennifer Pafiti**
 Pomerantz LLP
 1100 Glendon Avenue 15th Floor
 Los Angeles, CA 90024
 310–405–7190
 Fax: 917–463–1044
 Email: jpafiti@pomlaw.com
 *ATTORNEY TO BE NOTICED*

**Movant**

**Glenn Daniel Payne**  represented by **Jennifer Pafiti**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sequential Brands Group, Inc.**

**Defendant**

**Yehuda Shmidman**

**Defendant**

**Karen Murray**

**Defendant**

**Gary Klein**

**Defendant**

**Andrew Cooper**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2021 | Ï 1 | COMPLAINT Receipt No: ACACDC–30922036 – Fee: $402, filed by Plaintiff Peter DArcy. (Attachments: # 1 PSLRA Certification) (Attorney Laurence M. Rosen added to party Peter DArcy(pty:pla))(Rosen, Laurence) (Entered: 03/16/2021) |
| 03/16/2021 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Peter DArcy. (Rosen, Laurence) (Entered: 03/16/2021) |
| 03/16/2021 | Ï 3 | NOTICE of Interested Parties filed by Plaintiff Peter DArcy, (Rosen, Laurence) (Entered: 03/16/2021) |
| 03/16/2021 | Ï 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Peter DArcy. (Rosen, Laurence) (Entered: 03/16/2021) |
| 03/17/2021 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge John F. Walter and Magistrate Judge Rozella A. Oliver. (et) (Entered: 03/17/2021) |
| 03/17/2021 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 03/17/2021) |
| 03/17/2021 | Ï 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Andrew Cooper, Gary Klein, Karen Murray, Sequential Brands Group, Inc., Yehuda Shmidman. (et) (Entered: 03/17/2021) |
| 03/18/2021 | Ï 8 | STANDING ORDER by Judge John F. Walter. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge John F. Walter. (iv) (Entered: 03/18/2021) |
| 05/17/2021 | Ï 9 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Peter D Arcy. Motion set for hearing on 6/21/2021 at 01:30 PM before Judge John F. Walter. (Attachments: # 1 Proposed Order) (Rosen, Laurence) (Entered: 05/17/2021) |
| 05/17/2021 | Ï 10 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 9 filed by Plaintiff Peter D Arcy. (Rosen, Laurence) (Entered: 05/17/2021) |

| | | |
|---|---|---|
| 05/17/2021 | 11 | DECLARATION of Laurence M. Rosen in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 9 filed by Plaintiff Peter D Arcy. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – PSLRA Certification, # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Firm Resume)(Rosen, Laurence) (Entered: 05/17/2021) |
| 05/17/2021 | 12 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Motion for Appointment of Lead Plaintiff* filed by Lead Plaintiff Movant CJD Property Finance Company, LLC. (Attachments: # 1 Proposed Order) (Attorney Ivy T. Ngo added to party CJD Property Finance Company, LLC(pty:bkmov)) (Ngo, Ivy) (Entered: 05/17/2021) |
| 05/17/2021 | 13 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Motion for Appointment of Lead Plaintiff* 12 filed by Movant CJD Property Finance Company, LLC. (Ngo, Ivy) (Entered: 05/17/2021) |
| 05/17/2021 | 14 | DECLARATION of Ivy T. Ngo in support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Motion for Appointment of Lead Plaintiff* 12 filed by Movant CJD Property Finance Company, LLC. (Attachments: # 1 Exhibit A– Certification, # 2 Exhibit B– Loss Chart, # 3 Exhibit C– Declaration, # 4 Exhibit D– Roche Freedman Firm Resume, # 5 Exhibit E– Press release)(Ngo, Ivy) (Entered: 05/17/2021) |
| 05/17/2021 | 15 | NOTICE OF MOTION AND MOTION for Appointment of Counsel – *Notice of Motion of James Conlon and Glenn Daniel Payne for Appointment as Co−Lead Plaintiffs and Approval of Counsel* filed by Movant James Conlon, Glenn Daniel Payne. Motion set for hearing on 6/14/2021 at 01:30 PM before Judge John F. Walter. (Attachments: # 1 Proposed Order) (Attorney Jennifer Pafiti added to party James Conlon(pty:mov), Attorney Jennifer Pafiti added to party Glenn Daniel Payne (pty:mov)) (Pafiti, Jennifer) (Entered: 05/17/2021) |
| 05/17/2021 | 16 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel – *Notice of Motion of James Conlon and Glenn Daniel Payne for Appointment as Co−Lead Plaintiffs and Approval of Counsel* 15 filed by Movants James Conlon, Glenn Daniel Payne. (Pafiti, Jennifer) (Entered: 05/17/2021) |
| 05/17/2021 | 17 | DECLARATION of Jennifer Pafiti in support of NOTICE OF MOTION AND MOTION for Appointment of Counsel – *Notice of Motion of James Conlon and Glenn Daniel Payne for Appointment as Co−Lead Plaintiffs and Approval of Counsel* 15 filed by Movants James Conlon, Glenn Daniel Payne. (Attachments: # 1 Exhibit A – Damages Analysis, # 2 Exhibit B – PSLRA Notice, # 3 Exhibit C – Certifications, # 4 Exhibit D – Joint Declaration, # 5 Exhibit E – Firm Resume)(Pafiti, Jennifer) (Entered: 05/17/2021) |
| 05/17/2021 | 18 | *Certification and Notice* of Interested Parties filed by Movant James Conlon, Glenn Daniel Payne, (Pafiti, Jennifer) (Entered: 05/17/2021) |
| 05/17/2021 | 19 | *Certification and* NOTICE of Interested Parties filed by Lead Plaintiff Movant CJD Property Finance Company, LLC, identifying CJD Property Finance Company, LLC. (Ngo, Ivy) (Entered: 05/17/2021) |
| 05/18/2021 | 20 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Motion for Appointment 12 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. Filer bypassed the hearing setting screen, however pleading shows a date of June 14, 2021 at 1:30 p.m. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (iv) (Entered: 05/18/2021) |
| 05/24/2021 | 21 | NOTICE filed by Movant Peter D Arcy. *NOTICE OF WITHDRAWAL OF MOTION OF PETER D'ARCY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL* (Rosen, Laurence) (Entered: 05/24/2021) |

| | | |
|---|---|---|
| 05/24/2021 | 22 | NOTICE OF NON–OPPOSITION *to Competing Motions for Lead Plaintiff and Appointment of Counsel* filed by Movants James Conlon, Glenn Daniel Payne. (Pafiti, Jennifer) (Entered: 05/24/2021) |
| 05/25/2021 | 23 | RESPONSE IN SUPPORT of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Motion for Appointment of Lead Plaintiff* 12 filed by Movant CJD Property Finance Company, LLC. (Ngo, Ivy) (Entered: 05/25/2021) |
| 06/09/2021 | 24 | MINUTES (IN CHAMBERS) ORDER TAKING UNDER SUBMISSION MOTION FOR APPOINTMENT OF CJD PROPERTY FINANCE COMPANY, LLC AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL [filed 5/17/21; Docket No. 12 ]; and ORDER TAKING UNDER SUBMISSION MOTION OF JAMES CONLON AND GLENN DANIEL PAYNE FOR APPOINTMENT AS CO–LEAD PLAINTIFFS AND APPROVAL OF COUNSEL [filed 5/17/21; Docket No. 15 ] by Judge John F. Walter. The Court finds that these matters are appropriate for decision without oral argument. The hearing calendared for June 14, 2021 is hereby vacated and the matters are taken off calendar. The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision. (iv) (Entered: 06/09/2021) |
| 06/11/2021 | 25 | MINUTES (IN CHAMBERS) ORDER GRANTING MOTION FOR APPOINTMENT OF CJD PROPERTY FINANCE COMPANY, LLC AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL [filed 5/17/21; Docket No. 12 ]; and ORDER DENYING MOTION OF JAMES CONLON AND GLENN DANIEL PAYNE FOR APPOINTMENT AS COLEAD PLAINTIFFS AND APPROVAL OF COUNSEL [filed 5/17/21; Docket No. 15 ] by Judge John F. Walter. The Court GRANTS CJD's Motion. The Court appoints CJD as Lead Plaintiff. In addition, the Court appoints Roche as Lead Counsel. (iv) (Entered: 06/11/2021) |
| 06/14/2021 | 26 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF D'ARCY ONLY filed by Plaintiff Peter D Arcy. (Rosen, Laurence) (Entered: 06/14/2021) |
| 08/20/2021 | 27 | STIPULATION to Change Venue to United States District Court for the Southern District of New York filed by Lead Plaintiff CJD Property Finance Company, LLC. (Attachments: # 1 Proposed Order)(Ngo, Ivy) (Entered: 08/20/2021) |
| 08/23/2021 | 28 | ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE AND ACCEPTANCE OF SERVICE 27 by Judge John F. Walter. This case is hereby transferred to the United States District Court for the Southern District of New York. Case transferred electronically. (MD JS–6. Case Terminated.) (iv) (Entered: 08/23/2021) |