**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

PETER D'ARCY

Plaintiff,

v.

SEQUENTIAL BRANDS GROUP, INC., *ET AL*

Defendant.

1:21-cv-07296

Notice of Commencement of Chapter 11
Cases and Automatic Stay

**PLEASE TAKE NOTICE** that, on August 31, 2021 Sequential Brands Group, Inc., along with certain affiliated debtors and debtors in possession (collectively, the "Debtors")[1] filed voluntary petitions (the "Chapter 11 Petitions") for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware. The Debtors' chapter 11 cases (collectively, the "Chapter 11 Cases") are being jointly administered under Case No. 21-11194 (JTD) (Bankr. D. Del.). Sequential Brands Group, Inc., who is a named Defendant in this action, is a Debtor in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petitions, an injunction was placed into effect which automatically stays, among other things, (i) the commencement or continuation of any judicial, administrative or other action or proceeding against any of the Debtors that was, or could have

---

[1]  The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBGGaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 1407 Broadway, 38th Floor, New York, NY 10018.

been, commenced before the filing of the Chapter 11 Petitions (11 U.S.C. §362(a)(1)), and/or (ii)

any act to obtain possession of or exercise control over property of the Debtors' estates (11 U.S.C.

§362(a)(3)).   Accordingly, the above-captioned action is subject to the automatic stay and all

proceedings, including any pending motions, are stayed pending further action of the bankruptcy

court.

*[Remainder of page intentionally left blank]*

Dated: September 2, 2021                    **GIBSON, DUNN & CRUTCHER LLP**


                                            _s/ Mary Beth Maloney_
                                            Mary Beth Maloney
                                            Mark A. Kirsch
                                            200 Park Avenue
                                            New York, New York 10166
                                            Tel:    (212) 351-4000
                                            Fax:    (212) 351-4035
                                            Email:  MMaloney@gibsondunn.com


                                            _Counsel to Sequential Brands Group, Inc._

3