UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER D'ARCY, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>SEQUENTIAL BRANDS GROUP, INC., YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, and ANDREW COOPER,<br><br>                  Defendants. | No. 1:21-cv-07296<br><br>CLASS ACTION<br><br>Honorable J. Paul Oetken |

**NOTICE OF VOLUNTARY DISMISSAL OF SEQUENTIAL BRANDS GROUP, INC.
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff CJD

Finance Company ("CJD" or "Lead Plaintiff"), by and through undersigned counsel, hereby gives

notice that its claims **ONLY** against Defendant Sequential Brands Group, Inc. ("Sequential" or the

"Company") are voluntarily dismissed, without prejudice and without attorney's cost.

On March 16, 2021, Plaintiff Peter D'Arcy filed a federal securities class action, in the

United States District Court for the Central District of California, against Defendants Sequential,

Yehuda Shmidman, Karen Murray, Gary Klein, and Andrew Cooper (each an "Individual

Defendant" and together with the Company, "Defendants") on behalf of persons or entities who

purchased or otherwise acquired publicly traded Sequential securities between November 3, 2016

and December 11, 2020, inclusive, alleging Defendants violated Sections 10(b) and 20(a) of the

Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and § 78t(a), and Rule 10b-5 promulgated

thereunder by the Securities Exchange Commission.

On June 11, 2021, the Honorable John F. Walter of the United States District Court for the

Central District of California granted CJD's unopposed motion for appointment as Lead Plaintiff

and approval of its selection of Roche Freedman LLP as Lead Counsel for the putative class.

On August 23, 2021, Judge Walter issued an order granting the parties joint stipulation to transfer the action to the United States District Court for the Southern District of New York.

On September 2, 2021, Defendants filed a Notice of Commencement of Chapter 11 Cases and Automatic Stay which stayed all proceedings, including any pending motions, pending further action of the bankruptcy court.

On February 22, 2022, the United States Bankruptcy Court for the District of Delaware entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Plan of Liquidation of Sequential Brands Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (attached here as "Exhibit A"), confirming the proposed Joint Plan of Liquidation (the "Plan") (attached here as "Exhibit B").

The Plan, among other things, enjoins the commencement or continuation for the above-captioned action against the Company, therefore, Lead Plaintiff respectfully provides notice of its voluntary dismissal of this action **ONLY** against Defendant Sequential (the Individual Defendants remain in the case).

DATED: September 20, 2022                  Respectfully Submitted,

                                           **ROCHE FREEDMAN LLP**

                                           */s/ Ivy T. Ngo*
                                           Ivy T. Ngo
                                           Velvel (Devin) Freedman
                                           Constantine P. Economides
                                           1 SE 3rd Ave., Suite 1250
                                           Miami, FL 33131
                                           Telephone: (305) 971-5943
                                           Email: ingo@rochefreedman.com
                                                      vel@rochefreedman.com
                                                      ceconomides@rochefreedman.com

                                           *Counsel for Lead Plaintiff and the Class*

2

**THE SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

So ordered.
All claims against Sequential Brands Group, Inc. are dismissed and it is terminated as a party.
Individual defendants are directed to file appearances on the docket.
Dated:  9/26/2022

J. PAUL OETKEN
United States District Judge

3