UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT,<br><br>Defendants. | Case No. 1:21-cv-07296 (JPO)<br><br>**CLASS ACTION**<br><br>Honorable J. Paul Oetken |

---

## JOINT STIPULATION AND ORDER

WHEREAS, on March 16, 2021, Plaintiff Peter D'Arcy filed a purported federal securities class action in the United States District Court of the Central District of California against defendants Sequential Brands Group, Inc. ("Sequential" or the "Company"), Yehuda Shmidman, Karen Murray, Gary Klein, and Andrew Cooper (each an "Individual Defendant") on behalf of persons or entities who purchased or otherwise acquired Sequential securities between November 3, 2016 and December 11, 2020, inclusive, alleging Sequential and the Individual Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and § 78t(a), and Rule 10b-5 promulgated thereunder by the Securities Exchange Commission (the "Complaint");

WHEREAS, because this action asserts claims under the Exchange Act, it is subject to the

Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, the PSLRA provides for, among other things, the appointment of a lead plaintiff, 15 U.S.C. § 78u-4(a)(3);

WHEREAS, on June 11, 2021, the Honorable John F. Walter of the United States District Court for the Central District of California granted CJD Finance Company's ("Lead Plaintiff") unopposed motion for appointment as Lead Plaintiff and approval of its selection of Roche Freedman LLP as Lead Counsel for the putative class, Case No. 2021-cv-07296, ECF No. 12;

WHEREAS, on August 23, 2021, Judge Walter issued an order granting the transfer of the action to the United States District Court for the Southern District of New York;

WHEREAS, on August 31, 2021, Sequential filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the District of Delaware, Case No. 21-11194 (JTD), ECF No. 1;

WHEREAS, on September 2, 2021, Sequential filed a Notice of Commencement of Chapter 11 Cases and Automatic Stay, in the above-captioned action, which stayed all proceedings, including any pending motions, pending further action of the bankruptcy court;

WHEREAS, on February 22, 2022, the United States Bankruptcy Court for the District of Delaware entered *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Plan of Liquidation of Sequential Brands Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, confirming the proposed Joint Plan of Liquidation (the "Plan");

WHEREAS, on September 20, 2022, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff filed a Notice of Voluntary Dismissal in the above-captioned action as only against Sequential;

WHEREAS, on October 31, 2022, Lead Counsel filed notices substituting Roche Freedman LLP for Freedman Normand Friedland LLP, Case No. 2021-cv-07296, ECF No. 41-43;

WHEREAS, on November 14, 2022, Lead Plaintiff filed an amended complaint ("Amended Complaint"), naming Individual Defendants Yehuda Shmidman, Karen Murray, Gary Klein, and Andrew Cooper and adding as defendants Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, Stewart Leonard, Jr., CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert (collectively, together with the Individual Defendants, the "Defendants");

WHEREAS, the undersigned parties have conferred regarding a revision to the previously agreed-upon schedule (applicable to some, but not all, Defendants) to provide adequate opportunity for all Defendants to respond at the same time to the Amended Complaint, whether individually or jointly;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, and subject to the approval of the Court, that:

1. The Defendants' responses to the Amended Complaint shall be due no later than February 23, 2023.

2. If the Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file its opposition papers no later than April 27, 2023.

3. The Defendants shall file their reply papers no later than June 8, 2023.

Dated: December 28, 2022
New York, New York

> The parties' stipulated schedule is approved.
>
> So ordered.
>
> 12/29/2022

*[Signature]*
J. PAUL OETKEN
United States District Judge

Respectfully submitted,

*s/ Ivy T. Ngo w/ permission*
_____

Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman
Constantine P. Economides
Brianna K. Pierce

**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
ingo@fnf.law
vel@fnf.law
ceconomides@fnf.law
Tel.: 786.924.2900
Fax: 646.392.8842

*Counsel for CJD Property Finance Company, LLC and Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
brian@schallfirm.com
Tel.: 424. 303.1964

*Additional Counsel for CJD Property Finance Company, LLC*

*s/ Mary Beth Maloney*
_____
Mary Beth Maloney

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
mmaloney@gibsondunn.com
mloseman@gibsondunn.com
mkarlan@gibsondunn.com
Tel.: 212.351.2315
Fax: 212.351.6315

*Counsel for Defendants Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel*

4

*Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr.*

*s/ Jason Cyrulnik w/ permission*

Jason Cyrulnik

**CYRULNIK FATTARUSO LLP**
55 Broadway
3rd Floor
New York, NY 10006
jcyrulnik@cf-llp.com
Tel.: 917.353.3005

*Counsel for Defendant Yehuda Shmidman*

Julia D. Alonzo

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
jalonzo@proskauer.com
Tel.: 212.969.4558

Jonathan M. Weiss (*pro hac vice* pending)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
jweiss@proskauer.com
Tel.: 310.284.4524

*Counsel for Defendant Karen Murray*

Lyle Roberts

**SHEARMAN & STERLING LLP**
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
lyle.roberts@shearman.com
Tel.: 202.508.8108

*Counsel for Gary Klein*

*s/ James Bernard w/ permission*

James Bernard

**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY  10038-4982
jbernard@stroock.com
dcheifetz@stroock.com
ppetrocelli@stroock.com
Tel.: 212.806.6222

*Counsel for Defendants CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert*

**CYRULNIK FATTARUSO LLP**
55 Broadway
3rd Floor
New York, NY 10006
jcyrulnik@cf-llp.com
Tel.: 917.353.3005

*Counsel for Defendant Yehuda Shmidman*

_____
Julia D. Alonzo

**PROSKAUER ROSE LLP**

Eleven Times Square
New York, NY 10036-8299
jalonzo@proskauer.com
Tel.: 212.969.4558

Jonathan M. Weiss (*pro hac vice* pending)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
jweiss@proskauer.com
Tel.: 310.284.4524

*Counsel for Defendant Karen Murray*

_____
Lyle Roberts

**SHEARMAN & STERLING LLP**
401 9th Street, NW
Suite 800
Washington, DC  20004-2128
lyle.roberts@shearman.com
Tel.: 202.508.8108

*Counsel for Defendant Gary Klein*

5

**CYRULNIK FATTARUSO LLP**
55 Broadway
3rd Floor
New York, NY 10006
jcyrulnik@cf-llp.com
Tel.: 917.353.3005

*Counsel for Defendant Yehuda Shmidman*

---

Jonathan M. Weiss

**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
jweiss@proskauer.com
Tel.: 310.284.4524

Julia Alonzo
Eleven Times Square
New York, NY 10036-8299
jalonzo@proskauer.com
Tel.: 212.969.4558

*Counsel for Defendant Karen Murray*

_____
Lyle Roberts

**SHEARMAN & STERLING LLP**
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
lyle.roberts@shearman.com
Tel.: 202.508.8108

*Counsel for Defendant Gary Klein*

5