UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
PETER D'ARCY, Individually and on Behalf :
of All Others Similarly Situated, :
:
Plaintiff, :
:
-against- :
:
YEHUDA SHMIDMAN, KAREN :
MURRAY, GARY KLEIN, ANDREW : Case No. 1:21-cv-07296 (JPO)
COOPER, CHAD WAGENHEIM, PETER :
LOPS, DAVID CONN, DANIEL : **CLASS ACTION**
HANBRIDGE, LORRAINE DISANTO, : Honorable J. Paul Oetken
WILLIAM SWEEDLER, AARON :
HOLLANDER, AL GOSSETT, STEWART :
LEONARD, JR., COHNREZNICK LLP, :
STEPHEN WYSS, STEPHEN JACKSON, :
and ROBERT HILBERT, :
:
Defendants. :
:
----------------------------------------------------------- X

**JOINT STIPULATION AND ORDER**

WHEREAS, on March 16, 2021, Plaintiff Peter D'Arcy filed a purported federal securities class action in the United States District Court of the Central District of California against defendants Sequential Brands Group, Inc. ("Sequential" or the "Company"), Yehuda Shmidman, Karen Murray, Gary Klein, and Andrew Cooper (each an "Individual Defendant") on behalf of persons or entities who purchased or otherwise acquired Sequential securities between November 3, 2016 and December 11, 2020, inclusive, alleging Sequential and the Individual Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and § 78t(a), and Rule 10b-5 promulgated thereunder by the Securities Exchange Commission (the "Complaint");

WHEREAS, because this action asserts claims under the Exchange Act, it is subject to the

Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, the PSLRA provides for, among other things, the appointment of a lead plaintiff, 15 U.S.C. § 78u-4(a)(3);

WHEREAS, on June 11, 2021, the Honorable John F. Walter of the United States District Court for the Central District of California granted CJD Finance Company's ("Lead Plaintiff") unopposed motion for appointment as Lead Plaintiff and approval of its selection of Roche Freedman LLP as Lead Counsel for the putative class, Case No. 2021-cv-07296, ECF No. 12;

WHEREAS, on August 23, 2021, Judge Walter issued an order granting the transfer of the action to the United States District Court for the Southern District of New York;

WHEREAS, on August 31, 2021, Sequential filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the District of Delaware, Case No. 21-11194 (JTD), ECF No. 1;

WHEREAS, on September 2, 2021, Sequential filed a Notice of Commencement of Chapter 11 Cases and Automatic Stay, in the above-captioned action, which stayed all proceedings, including any pending motions, pending further action of the bankruptcy court;

WHEREAS, on February 22, 2022, the United States Bankruptcy Court for the District of Delaware entered *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Plan of Liquidation of Sequential Brands Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, confirming the proposed Joint Plan of Liquidation (the "Plan");

WHEREAS, on September 20, 2022, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff filed a Notice of Voluntary Dismissal in the above-captioned action as only against Sequential;

WHEREAS, on October 31, 2022, Lead Counsel filed notices substituting Roche Freedman LLP for Freedman Normand Friedland LLP, Case No. 2021-cv-07296, ECF No. 41-43;

WHEREAS, on November 14, 2022, Lead Plaintiff filed an amended complaint ("Amended Complaint"), naming Individual Defendants Yehuda Shmidman, Karen Murray, Gary Klein, and Andrew Cooper and adding as defendants Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, Stewart Leonard, Jr., CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert (collectively, together with the Individual Defendants, the "Defendants");

WHEREAS, the undersigned parties have conferred regarding a revision to the previously agreed-upon schedule (applicable to all Defendants) to provide adequate opportunity for all Defendants to respond at the same time to the Amended Complaint, whether individually or jointly;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, and subject to the approval of the Court, that:

1. The Defendants' responses to the Amended Complaint shall be due no later than March 16, 2023.

2. If the Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file its opposition papers no later than May 18, 2023.

3. The Defendants shall file their reply papers no later than June 29, 2023.

Dated: February 6, 2023                                              Respectfully submitted,
New York, New York

| | |
|---|---|
| /s/ *Mary Beth Maloney* | /s/ *Ivy T. Ngo* |
| Mary Beth Maloney<br>Monica Loseman<br>Mitchell Karlan | Ivy T. Ngo (*pro hac vice*)<br>Velvel (Devin) Freedman<br>Constantine P. Economides<br>Brianna K. Pierce |
| **GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>mmaloney@gibsondunn.com<br>mloseman@gibsondunn.com<br>mkarlan@gibsondunn.com<br>Tel.: 212.351.2315<br>Fax: 212.351.6315 | **FREEDMAN NORMAND FRIEDLAND LLP**<br>1 SE 3rd Avenue, Suite 1240<br>Miami, FL 33131<br>ingo@fnf.law<br>vel@fnf.law<br>ceconomides@fnf.law<br>Tel.: 786.924.2900<br>Fax: 646.392.8842 |
| *Counsel for Defendants Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr.* | *Counsel for CJD Property Finance Company, LLC and Lead Counsel for the Class* |
| /s/ *Jason Cyrulnik* | |
| Jason Cyrulnik | |
| **CYRULNIK FATTARUSO LLP**<br>55 Broadway<br>3rd Floor<br>New York, NY 10006<br>jcyrulnik@cf-llp.com<br>Tel.: 917.353.3005 | **THE SCHALL LAW FIRM**<br>Brian Schall (*pro hac vice* forthcoming)<br>1880 Century Park East, Suite 404<br>Los Angeles, CA 90067<br>brian@schallfirm.com<br>Tel.: 424. 303.1964 |
| *Counsel for Defendant Yehuda Shmidman* | *Additional Counsel for CJD Property Finance Company, LLC* |

/s/ *Patrick Petrocelli*
_____

Patrick Petrocelli
James Bernard

**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038-4982
ppetrocelli@stroock.com
jbernard@stroock.com
dcheifetz@stroock.com

Tel.: 212.806.6222

*Counsel for Defendants CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert*


/s/ *Lyle Roberts*
_____

Lyle Roberts

**SHEARMAN & STERLING LLP**
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
lyle.roberts@shearman.com
Tel.: 202.508.8108

*Counsel for Gary Klein*


/s/ *Julia D. Alonzo*
_____

Julia D. Alonzo

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
jalonzo@proskauer.com
Tel.: 212.969.4558

Jonathan M. Weiss (*pro hac vice*)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
jweiss@proskauer.com
Tel.: 310.284.4524

*Counsel for Defendant Karen Murray*

---

The Court adopts the parties' proposed schedule as specified by the parties in this document.

SO ORDERED.

February 7, 2023

_____
J. PAUL OETKEN
United States District Judge