UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
PETER D'ARCY, Individually and on Behalf
of All Others Similarly Situated,

          Plaintiff,

    -against-

YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT,

          Defendants.
----------------------------------------------------------- X

Case No. 1:21-cv-07296 (JPO)

**CLASS ACTION**

Honorable J. Paul Oetken

## JOINT STIPULATION AND ORDER

WHEREAS, on February 7, 2023, the Court adopted the parties' proposed schedule regarding responses to the Amended Complaint (ECF No. 101);

WHEREAS, given the length and complexity of the pleadings, certain Defendants have conferred with Plaintiff regarding the need for an enlargement of the typical page-length requirements associated with anticipated motion practice relating to the Amended Complaint;

WHEREAS, the undersigned parties have conferred regarding a one-week extension to the previously agreed-upon schedule (applicable to all Defendants) to provide adequate opportunity for all Defendants to respond to the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, and subject to the approval of the Court, that:

1. Defendants Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr. shall be permitted 45 pages for their joint brief in support of their anticipated motion to dismiss the Amended Complaint.

2. Plaintiff shall be permitted 45 pages for its anticipated opposition to the aforementioned Defendants' brief.

3. The remaining Defendants shall submit their own briefs in response to the Amended Complaint.

4. All Defendants' responses to the Amended Complaint shall be due no later than March 23, 2023.

5. If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file its opposition papers no later than May 25, 2023.

6. Defendants shall file their reply papers no later than July 6, 2023.


Dated: March 8, 2023                                              Respectfully submitted,
New York, New York

| /s/ *Mitchell Karlan* | /s/ *Ivy T. Ngo* |
|---|---|
| Mitchell Karlan<br>Mary Beth Maloney<br>Monica Loseman<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>mkarlan@gibsondunn.com<br>mmaloney@gibsondunn.com<br>mloseman@gibsondunn.com<br>Tel.: 212.351.3827<br>Fax: 212.351.5254<br><br>*Counsel for Defendants Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr.* | Ivy T. Ngo (*pro hac vice*)<br>Velvel (Devin) Freedman<br>Constantine P. Economides<br>Brianna K. Pierce<br><br>**FREEDMAN NORMAND FRIEDLAND LLP**<br>1 SE 3rd Avenue, Suite 1240<br>Miami, FL 33131<br>ingo@fnf.law<br>vel@fnf.law<br>ceconomides@fnf.law<br>Tel.: 786.924.2900<br>Fax: 646.392.8842<br><br>*Counsel for CJD Property Finance Company, LLC and Lead Counsel for the Class* |
| /s/ *Jason Cyrulnik* | |
| Jason Cyrulnik<br><br>**CYRULNIK FATTARUSO LLP**<br>55 Broadway<br>3rd Floor<br>New York, NY 10006<br>jcyrulnik@cf-llp.com<br>Tel.: 917.353.3005<br><br>*Counsel for Defendant Yehuda Shmidman* | **THE SCHALL LAW FIRM**<br>Brian Schall (*pro hac vice* forthcoming)<br>1880 Century Park East, Suite 404<br>Los Angeles, CA 90067<br>brian@schallfirm.com<br>Tel.: 424. 303.1964<br><br>*Additional Counsel for CJD Property Finance Company, LLC* |

/s/ *James Bernard*
_____
Patrick Petrocelli
James Bernard

**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038-4982
ppetrocelli@stroock.com
jbernard@stroock.com
dcheifetz@stroock.com

Tel.: 212.806.6222

*Counsel for Defendants CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert*

/s/ *Lyle Roberts*
_____
Lyle Roberts

**SHEARMAN & STERLING LLP**
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
lyle.roberts@shearman.com
Tel.: 202.508.8108

*Counsel for Gary Klein*

/s/ *Julia D. Alonzo*
_____
Julia D. Alonzo

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
jalonzo@proskauer.com
Tel.: 212.969.4558

Jonathan M. Weiss (*pro hac vice*)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
jweiss@proskauer.com
Tel.: 310.284.4524

*Counsel for Defendant Karen Murray*

SO ORDERED:    **3/9/2023**

_____
J. PAUL OETKEN
United States District Judge

4