## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT,<br><br>                                    Defendants. | Case No. 1:21-cv-07296-JPO<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that Defendants CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert (collectively, the "CohnReznick Defendants") hereby move for an Order dismissing with prejudice the Amended Class Action Complaint (ECF No. 44) under Federal Rules of Civil Procedure 12(b)(6) and 9(b), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4(b), and 28 U.S.C. § 1658(b)(2). In support of their motion, the CohnReznick Defendants submit the accompanying memorandum of law, the Declaration of James L. Bernard, and the exhibits annexed thereto.

| | |
|---|---|
| Dated:  New York, NY<br>            March 23, 2023 | Respectfully submitted,<br><br>  /s/ James L. Bernard<br>James L. Bernard<br>David M. Cheifetz<br>Patrick N. Petrocelli<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane |

New York, NY 10038
Tel.: (212) 806-5400
Fax: (212) 806-6006
jbernard@stroock.com
dcheifetz@stroock.com
ppetrocelli@stroock.com

*Counsel for Defendants CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, a true and correct copy of the foregoing was filed with the Court's electronic case filing (ECF) system, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ James L. Bernard
James L. Bernard