**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT, <br><br> Defendants. | Case No. 1:21-cv-07296-JPO |

**DECLARATION OF JAMES L. BERNARD**

JAMES L. BERNARD hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of Stroock & Stroock & Lavan LLP, counsel for Defendants CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert (collectively, the "CohnReznick Defendants").  I submit this declaration in support of the CohnReznick Defendants' motion to dismiss the Amended Class Action Complaint.

2.      Annexed hereto as **Exhibit 1** is a true and correct copy of Sequential Brands Group, Inc.'s ("Sequential") Form 10-K for the fiscal year ended December 31, 2016.

3.      Annexed hereto as **Exhibit 2** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended March 31, 2017.

4.      Annexed hereto as **Exhibit 3** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended June 30, 2017.

5.	Annexed hereto as **<u>Exhibit 4</u>** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended September 30, 2017.

6.	Annexed hereto as **<u>Exhibit 5</u>** is a true and correct copy of Sequential's Form 10-K for the fiscal year ended December 31, 2017.

7.	Annexed hereto as **<u>Exhibit 6</u>** is a true and correct copy of Sequential's Form 10-K for the fiscal year ended December 31, 2018.

8.	Annexed hereto as **<u>Exhibit 7</u>** is a true and correct copy of Sequential's Form 10-K for the fiscal year ended December 31, 2019.

9.	Annexed hereto as **<u>Exhibit 8</u>** is a true and correct copy of the Complaint filed at ECF No. 1 in *SEC v. Sequential Brands Grp., Inc.*, Case No. 1:20-cv-10471 (S.D.N.Y. Dec. 11, 2020).

10.	Annexed hereto as **<u>Exhibit 9</u>** is a true and correct copy of the Order Instituting Public Administrative and Cease-and-Desist Proceedings Pursuant to Section 4C and 21C of the Securities Exchange Act of 1934 and Rule 102(e) of the Commission's Rules of Practice, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, dated June 8, 2022, in *In the Matter of CohnReznick LLP*, Admin. Proc. File No. 3-20891.

11.	Annexed hereto as **<u>Exhibit 10</u>** is a true and correct copy of the Order Instituting Public Administrative and Cease-and-Desist Proceedings Pursuant to Section 4C and 21C of the Securities Exchange Act of 1934 and Rule 102(e) of the Commission's Rules of Practice, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, dated June 8, 2022, in *In the Matter of Stephen M. Wyss, CPA, Stephen H. Jackson, CPA, and Robert G. Hilbert, CPA*, Admin Proc. File No. 3-20892.

12.     Annexed hereto as **Exhibit 11** is a true and correct copy of the Certification Pursuant to Federal Securities Laws, filed at ECF No. 14-1 in this action.

13.     Annexed hereto as **Exhibit 12** is a true and correct copy of the Amended Class Action Complaint for Violations of the Federal Securities Laws, filed at ECF No. 44 in this action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 23, 2023.

/s/ James L. Bernard
James L. Bernard

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, a true and correct copy of the foregoing was filed with the Court's electronic case filing (ECF) system, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ James L. Bernard
James L. Bernard