# **Exhibit 11**

# Exhibit A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Viktor Maister, on behalf of CJD Property Finance Company, LLC ("CJD"), as Director of CJD, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I am fully authorized to enter into and execute this Certification on behalf of CJD.

3.      I have reviewed a Complaint against Sequential Brands Group, Inc. ("Sequential Brands" or the "Company") and authorize the filing of a lead plaintiff motion on CJD's behalf.

4.      CJD did not purchase or acquire Sequential Brands securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

5.      CJD is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Sequential Brands securities during the class period, including providing testimony at deposition and trial, if necessary.  CJD understands that the Court has the authority to select the most adequate lead plaintiff in this action.

6.      The attached sheet (Schedule "A") lists all of the transactions of CJD's financial portfolio in Sequential Brands securities during the Class Period, as specified in the Complaint.

7.      During the three-year period preceding the date on which this Certification is signed, CJD has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

8.      CJD agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or

DocuSign Envelope ID: 7E5ECBDF-4305-4AFB-9BF5-9914655FB328A

approved by the Court.

  I declare under penalty of perjury that the foregoing is true and correct. Executed this day of

5/17/2021

                      DocuSigned by:

                      *Viktor Maister*

                      BB5918CF9C824E1...

                    Viktor Maister

# SCHEDULE A

CJD Property Finance Company, LLC Transactions in
Sequential Brands Group Inc. ("SQBG")

| Date | Transaction | Quantity | Price Per Share |
|---|---|---|---|
| 11/16/2016 | Buy | 6,900 | $5.976 |
| 11/17/2016 | Buy | 28,100 | $5.975 |
| 11/18/2016 | Buy | 50,000 | $5.950 |
| 12/21/2016 | Buy | 27,404 | $4.950 |
| 12/22/2016 | Buy | 22,596 | $4.959 |
| 02/23/2017 | Buy | 20,000 | $4.000 |
| 02/28/2017 | Buy | 50,000 | $3.983 |
| 07/14/2017 | Buy | 33,300 | $3.000 |
| 07/17/2017 | Buy | 8,677 | $3.000 |
| 08/02/2017 | Buy | 8,023 | $3.000 |
| 10/30/2017 | Buy | 9,342 | $2.500 |
| 10/31/2017 | Buy | 17,266 | $2.500 |
| 11/01/2017 | Buy | 32,127 | $2.500 |
| 11/02/2017 | Buy | 29,015 | $2.500 |
| 11/03/2017 | Buy | 12,250 | $2.500 |
| 11/14/2017 | Buy | 83,861 | $1.617 |
| 11/15/2017 | Buy | 109,398 | $1.640 |
| 02/08/2018 | Buy | 58,006 | $1.550 |
| 02/09/2018 | Buy | 74,560 | $1.550 |
| 10/24/2019 | Sell | 79,648 | $.450 |
| 10/25/2019 | Sell | 70,352 | $.430 |
| 04/16/2020 | Sell | 66,412 | $.181 |
| 04/17/2020 | Sell | 459,413 | $.180 |
| 04/30/2020 | Sell | 20,000 | $.220 |