UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

PETER D'ARCY, Individually and on Behalf of All
Others Similarly Situated,

                      Plaintiff,

          v.

YEHUDA SHMIDMAN, KAREN MURRAY,
GARY KLEIN, ANDREW COOPER, CHAD
WAGENHEIM, PETER LOPS, DAVID CONN,
DANIEL HANBRIDGE, LORRAINE DISANTO,
WILLIAM SWEEDLER, AARON HOLLANDER,
AL GOSSETT, STEWART LEONARD, JR.,
COHNREZNICK LLP, STEPHEN WYSS,
STEPHEN JACKSON, and ROBERT HILBERT,

                      Defendants.

_____

Case 1:21-cv-07296

Hon. J. Paul Oetken

**DECLARATION OF JONATHAN M. WEISS
IN SUPPORT OF KAREN MURRAY'S
<u>MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT</u>**

I, JONATHAN M. WEISS, declare as follows:

1.      I am a Member of Proskauer Rose LLP, and am serving as lead counsel for Karen Murray in this case. I respectfully submit this declaration in support of Ms. Murray's Motion to Dismiss Plaintiff's Amended Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 44).

3.      Attached hereto as Exhibit 2 is a true and correct copy of Sequential Brands Group Inc.'s Third Quarter 2018 Form 10-Q filed on November 9, 2018.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Sequential Brands Group Inc.'s Form 8-K filed on October 7, 2019.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Los Angeles, CA
       March 23, 2023

                                        /s/ Jonathan M. Weiss
                                        Jonathan M. Weiss

2