UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                    :

PETER D'ARCY, Individually and On Behalf of  :
All Other Similarly Situated,

                               :

                            Plaintiff,  :

                               :

           v.                     :

                               :

YEHUDA SHMIDMAN, KAREN MURRAY,  :    Case No. 1:21-cv-07296-JPO
GARY KLEIN, ANDREW COOPER, CHAD  :
WAGENHEIM, PETER LOPS, DAVID CONN,  :
DANIEL HANBRIDGE, LORRAINE     :    Honorable J. Paul Oetken
DISANTO, WILLIAM SWEEDLER, AARON  :
HOLLANDER, AL GOSSETT, STEWART  :
LEONARD, JR., COHNREZNICK LLP,  :
STEPHEN WYSS, STEPHEN JACKSON, and  :
ROBERT HILBERT,               :

                               :

                      Defendants.  :

                               :

-------------------------------------------------------------x

## DECLARATION OF LYLE ROBERTS IN SUPPORT OF DEFENDANT GARY KLEIN'S MOTION TO DISMISS

I, Lyle Roberts, hereby declare as follows:

1. I am a member of the bar of this Court and a partner at the law firm of Shearman & Sterling LLP, counsel to Defendant Gary Klein.  I submit this declaration in support of Defendant Gary Klein's Motion to Dismiss the Amended Complaint filed in this action by Lead Plaintiff CJD Property Finance Company, LLC.

2. Attached hereto as Exhibit 1 is a true and correct copy of Sequential Brands Group, Inc.'s Q4 2016 – Goodwill Impairment Analysis Memo, dated January 23, 2017.  Sequential Brands Group, Inc.'s Q4 2016 – Goodwill Impairment Analysis Memo was stamped confidential for purposes of submission to the SEC, but given the outcome of that matter

and the state of the Company, no confidentiality is being sought at this time.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 23, 2023 in Washington, DC.

*/s/ Lyle Roberts*
Lyle Roberts
