UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

PETER D'ARCY, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiff,

     -against-

YEHUDA SHMIDMAN, KAREN
MURRAY, GARY KLEIN, ANDREW
COOPER, CHAD WAGENHEIM, PETER
LOPS, DAVID CONN, DANIEL
HANBRIDGE, LORRAINE DISANTO,
WILLIAM SWEEDLER, AARON
HOLLANDER, AL GOSSETT, STEWART
LEONARD, JR., COHNREZNICK LLP,
STEPHEN WYSS, STEPHEN JACKSON,
and ROBERT HILBERT,

              Defendants.

------------------------------------------------------- X

No. 1:21-cv-07296 (JPO)

**DECLARATION OF MARY BETH MALONEY IN SUPPORT OF DEFENDANTS
ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN,
DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER,
AARON HOLLANDER, AL GOSSETT, AND STEWART LEONARD, JR.'S
MOTION TO DISMISS THE AMENDED COMPLAINT AND MOTION TO STRIKE**

I, Mary Beth Maloney, hereby declare under penalty of perjury, pursuant to 28 U.S.C.

§ 1746, that the following is true and correct:

1.     I am an attorney licensed to practice law in the State of New York and admitted to

practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel

of record for Defendants Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel

Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart

Leonard, Jr. (collectively, the "Gibson Dunn Defendants") in the above-captioned matter. As such,

I am fully familiar with the facts and circumstances stated herein.

1

2.    Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Amended Class Action Complaint, ECF No. 44, filed November 14, 2022.

3.    Attached hereto as **Exhibit 2** is demonstrative timeline related to the Gibson Dunn Defendants' service at Sequential for the period December 2011 through January 2022.

4.    Attached hereto as **Exhibit 3** is a demonstrative showing Sequential's stock price for the period January 14, 2016 through December 27, 2020.

5.    Attached hereto as **Exhibit 4** is a demonstrative relating to misstatements alleged in the Amended Complaint.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of the Goodwill Memorandum sent January 23, 2017.  The Goodwill Memorandum was stamped confidential for purposes of submission to the SEC, but given the outcome of that matter and the state of the Company, no confidentiality is being sought at this time.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of the Final Judgement as to Sequential Brands Group, Inc., Case No. 20-CV-10471 (JPO), filed December 1, 2021.  This is a publicly available document attached for ease of review.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of Sequential's Form 10-K for the fiscal year ended December 31, 2016, filed March 14, 2017.  This is a publicly available document attached for ease of review.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of Sequential's Form 10-K for the fiscal year ended December 31, 2017, filed March 16, 2018.  This is a publicly available document attached for ease of review.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of Sequential's Form 10-K for the fiscal year ended December 31, 2018, filed March 14, 2019.  This is a publicly available document attached for ease of review.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended September 30, 2016, filed November 9, 2016.  This is a publicly available document attached for ease of review.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended March 31, 2017, filed May 10, 2017.  This is a publicly available document attached for ease of review.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended June 30, 2017, filed August 9, 2017.  This is a publicly available document attached for ease of review.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended September 30, 2017, filed November 13, 2017.  This is a publicly available document attached for ease of review.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended June 30, 2020, filed August 14, 2020.  This is a publicly available document attached for ease of review.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of Sequential's Form 10-K for the fiscal year ended December 31, 2019, filed March 31, 2020.  This is a publicly available document attached for ease of review.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of Sequential's Form 10-Q for the quarterly period ended September 30, 2020, filed November 16, 2020.  This is a publicly available document attached for ease of review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of March, 2023 in New York, NY.


*/s/ Mary Beth Maloney*

Mary Beth Maloney