# EXHIBIT 2

# Gibson Dunn Defendant Timeline

