# EXHIBIT 5



**Sequential Brands Group, Inc.**
601 West 26th Street, 9th Floor
NY, NY 10001

## MEMORANDUM

| To: | File | Date: | January 23, 2017 |
|-----|------|-------|------------------|
| Re: | Q4 2016 – Goodwill Impairment Analysis Memo | From: | Management |

### Purpose

To document management's impairment analysis of goodwill as of October 1, 2016.

### Background

Goodwill is tested for impairment at the reporting unit level (operating segment or one level below an operating segment) on an annual basis and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. In evaluating goodwill for impairment, the Company first assesses qualitative factors to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount. Qualitative factors considered include, for example, macroeconomic and industry conditions, overall financial performance and other relevant entity-specific events. If the Company bypasses the qualitative assessment, or concludes that it is more likely than not that the fair value of a reporting unit is less than its carrying value, it then performs a two-step goodwill impairment test to identify potential goodwill impairment and measure the amount of goodwill impairment to be recognized, if any.

In the first step, the Company will compare the estimated fair value of the reporting unit with its carrying value. The Company has determined it has a single reporting unit, and considers its market capitalization (calculated as total common shares outstanding multiplied by the common equity price per share, as adjusted for a control premium factor) to represent its estimated fair value. If the estimated fair value of the reporting unit exceeds its carrying amount, no further analysis is needed. If, however, the estimated fair value of the reporting unit is less than its carrying amount, the Company will proceed to the second step and calculate the implied fair value of the reporting unit goodwill to determine whether any impairment is required. The implied fair value of the reporting unit goodwill is calculated by allocating the estimated fair value of the reporting unit to all of the unit's assets and liabilities as if the unit had been acquired in a business combination. If the carrying value of the reporting unit's goodwill exceeds the implied fair value of the goodwill, an impairment loss is recognized in the amount of that excess.

During the first quarter of 2016, the Company changed its annual impairment testing date from December 31 to October 1. The Company believes this new date is preferable because it allows for more timely completion of the annual impairment test prior to the end of its annual financial reporting period. The Company has concluded that this change in accounting principle is not material to its financial statements, in part because the change does not delay, accelerate or avoid an impairment charge. The Company has determined that it will be impracticable to objectively determine projected cash flow and related valuation estimates that would have been used as of each October 1 of prior reporting periods without the use of hindsight. As such, the Company will apply the change in annual impairment testing date prospectively beginning October 1, 2016.

### Guidance

Accounting Standards Codification ("ASC") 350-20, *Goodwill*

ASC 350-20-35-1 through ASC 350-20-35-13 states the following:

#### >> Overall Accounting for Goodwill

"Goodwill shall not be amortized. Instead, goodwill shall be tested for impairment at a level of reporting referred to as a reporting unit.

FOIA Confidential Treatment Requested

Sequential_0109696

Sequential Brands Group, Inc.
Q4 2016 – Goodwill Impairment Analysis Memo

---

Impairment is the condition that exists when the carrying amount of goodwill exceeds its implied fair value. The fair value of goodwill can be measured only as a residual and cannot be measured directly. Therefore, this Subtopic includes a methodology to determine an amount that achieves a reasonable estimate of the value of goodwill for purposes of measuring an impairment loss. That estimate is referred to as the implied fair value of goodwill.

An entity may first assess qualitative factors, as described in paragraphs 350-20-35-3A through 35-3G, to determine whether it is necessary to perform the two-step goodwill impairment test discussed in paragraphs 350-20-35-4 through 35-19. If determined to be necessary, the two-step impairment test shall be used to identify potential goodwill impairment and measure the amount of a goodwill impairment loss to be recognize (if any).

### > Recognition and Measurement of an Impairment Loss

#### >> Qualitative Assessment

An entity may assess qualitative factors to determine whether it is more likely than not (that is, a likelihood of more than 50 percent) that the fair value of a reporting unit is less than its carrying amount, including goodwill.

An entity has an unconditional option to bypass the qualitative assessment described in the preceding paragraph for any reporting unit in any period and proceed directly to performing the first step of the impairment test. An entity may resume performing the qualitative assessment in any subsequent period.

In evaluating whether it is more likely than not that fair value of a reporting unit is less than its carrying amount, an entity shall assess relevant events and circumstances. Examples of such events and circumstances include the following:

a. Macroeconomic conditions such as a deterioration in general economic conditions, limitations on accessing capital, fluctuations in foreign exchange rates, or other developments in equity and credit markets

b. Industry and market considerations such as a deterioration in the environment in which an entity operates, an increased competitive environment, a decline in market-dependent multiples or metrics (consider in both absolute terms and relative to peers), a change in the market for an entity's products or services, or a regulatory or political development

c. Cost factors such as increases in raw materials, labor, or other costs that have a negative effect on earnings and cash flows

d. Overall financial performance such as negative or declining cash flows or a decline in actual or planned revenue or earnings compared with actual and projected results of relevant prior periods

e. Other relevant entity-specific events such as changes in management, key personnel, strategy, or customers; contemplation of bankruptcy; or litigation

f. Events affecting a reporting unit such as a change in the composition or carrying amount of its net assets, a more-likely-than-not expectation of selling or disposing all, or a portion, of a reporting unit, the testing for recoverability of a significant asset group within a reporting unit, or recognition of a goodwill impairment loss in the financial statements of a subsidiary that is a component of a reporting unit

g. If applicable, a sustained decrease in share price (consider in both absolute terms and relative to peers).

If, after assessing the totality of events or circumstances such as those described in paragraph 350-20-35-3C(a) through (g), an entity determines that it is not more likely than not that the fair value of a reporting unit is less than its carrying amount, then the first and second steps of the goodwill impairment test are unnecessary.

If, after assessing the totality of events or circumstances such as those described in 350-20-35C(a) through (g), an entity determines that it is more likely than not that the fair value of a reporting unit is less than its carrying amount, then the entity shall perform the first step of the two-step goodwill impairment test.

FOIA Confidential Treatment Requested

Sequential_0109697

Sequential Brands Group, Inc.
Q4 2016 – Goodwill Impairment Analysis Memo

The examples included in 350-20-35-3C(a) through (g) are not all-inclusive, and an entity shall consider other relevant events and circumstances that affect the fair value or carrying amount of a reporting unit in determining whether to perform the first step of the goodwill impairment test. An entity shall consider the extent to which each of the adverse events and circumstances identified could affect the comparison of a reporting unit's fair value with its carrying amount. An entity should place more weight on the events and circumstances that most affect a reporting unit's fair value or the carrying amount of its net assets. An entity also should consider positive and mitigating events and circumstances that may affect its determination of whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount. If an entity has a recent fair value calculation for a reporting unit, it also should include as a factor in its consideration the difference between the fair value and the carrying amount in reaching its conclusion about whether to perform the first step of the goodwill impairment test.

An entity shall evaluate, on the basis of the weight of evidence, the significance of all identified events and circumstances in the context of determining whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount. None of the individual examples of events and circumstances included in paragraph 350-20-35-3C(a) through (g) are intended to represent standalone events or circumstances that necessarily require an entity to perform the first step of the goodwill impairment test. Also, the existence of positive and mitigating events and circumstances is not intended to represent a rebuttable presumption that an entity should not perform the first step of the goodwill impairment test.

### >> Step 1

The first step of the goodwill impairment test, used to identify potential impairment, compares the fair value of a reporting unit with its carrying amount, including goodwill.

The guidance in paragraphs 350-20-35-22 through 35-24 shall be considered in determining the fair value of a reporting unit.

If the carrying amount of a reporting unit is greater than zero and its fair value exceeds its carrying amount, goodwill of the reporting unit is considered not impaired; thus, the second step of the impairment test is unnecessary. If the carrying amount of the reporting unit is zero or negative, the guidance in paragraph 350-20-35-8A shall be followed.

In determining the carrying amount of a reporting unit, deferred income taxes shall be included in the carrying amount of the reporting unit, regardless of whether the fair value of the reporting unit will be determined assuming it would be bought or sold in a taxable or nontaxable transaction.

If the carrying amount of a reporting unit exceeds its fair value, the second step of the goodwill impairment test shall be performed to measure the amount of impairment loss, if any.

If the carrying amount of a reporting unit is zero or negative, the second step of the impairment test shall be performed to measure the amount of impairment loss, if any, when it is more likely than not (that is, a likelihood of more than 50 percent) that a goodwill impairment exists. In considering whether it is more likely than not that a goodwill impairment exists, an entity shall evaluate, using the process described in paragraphs 350-20-35-3F through 35-3G, whether there are adverse qualitative factors, including the examples of events and circumstances provided in paragraph 350-20-35-3C(a) through (g). In evaluating whether it is more likely than not that the goodwill of a reporting unit with a zero or negative carrying amount is impaired, an entity also should take into consideration whether there are significant differences between the carrying amount and the estimated fair value of its assets and liabilities, and the existence of significant unrecognized intangible assets.

### >> Step 2

The second step of the goodwill impairment test, used to measure the amount of impairment loss, compares the implied fair value of reporting unit goodwill with the carrying amount of that goodwill.

The guidance in paragraphs 350-20-35-14 through 35-17 shall be used to estimate the implied fair value of goodwill.

If the carrying amount of reporting unit goodwill exceeds the implied fair value of that goodwill, an impairment loss shall be recognized in an amount equal to that excess. The loss recognized cannot exceed the carrying amount of goodwill.

After a goodwill impairment loss is recognized, the adjusted carrying amount of goodwill shall be its new accounting basis.

FOIA Confidential Treatment Requested                                    Sequential_0109698

Sequential Brands Group, Inc.
Q4 2016 – Goodwill Impairment Analysis Memo

Subsequent reversal of a previously recognized goodwill impairment loss is prohibited once the measurement of that loss is recognized."

## Analysis

The Company obtained a third-party valuation from Houlihan Capital ("Houlihan") for each of the Company's acquisitions from 2013 through 2016, at the acquisition date, which provided the Company with the fair value of goodwill and intangible assets. As of October 1, 2016, the Company's goodwill, by year acquired, is comprised of the following, all of which are considered to be one reporting unit (see Q4 2016 – Operating Unit Memo for the Company's assessment):

| Year Acquired | Goodwill |
|---|---|
| 2016 | $4,704,566 |
| 2015 | 133,252,795 |
| 2014 | 168,561,899 |
| 2013 and Earlier | 1,224,575 |
| **Total** | **$307,743,835** |

In evaluating the potential for goodwill impairment at October 1, 2016, the Company first considered the qualitative factors as described in paragraphs 350-20-35-3A through 35-3G as follows:

a.  *Macroeconomic conditions such as a deterioration in general economic conditions, limitations on accessing capital, fluctuations in foreign exchange rates, or other developments in equity and credit markets:* Macroeconomic conditions are monitored by executive management, as well as our legal counsel.  Access to capital has not been an issue, as evidenced by the Company's ability to obtain debt financing proceeds of $132.0 million in 2016.  At October 1, 2016, the Company had $19.9 million in cash, $1.5 million in restricted cash and $6.7 million in available-for-sale securities.

b.  *Industry and market considerations such as a deterioration in the environment in which an entity operates, an increased competitive environment, a decline in market-dependent multiples or metrics (consider in both absolute terms and relative to peers), a change in the market for an entity's products or services, or a regulatory or political development:* Brick-and-mortar retailers have faced significant challenges in 2016, with many large names planning to close stores.  Macy's announced their intention to close about 100 stores and Walmart announced plans to close 154 locations in the United States. Valuations of licensing companies have declined recently as industry pioneer, Iconix Brand Group, has struggled.  The three-year average EV/EBITDA multiple for Sequential and its peer group is approximately 16.1x, whereas that peer group was trading at an average EV/EBITDA multiple of only 12.6x at October 15, 2016.  Management does not believe these changes are indicative of the business model as a whole, and Sequential continues to exhibit revenue and EBITDA growth.  Sequential has a stable base of licensees in place with contracts that include guaranteed minimum royalties payments of approximately $120M in 2017 (compared to approximately $116M for 2016).  The Company also has a strategy to focus on gaining e-commerce market share as consumers continue to shift from in-store to online shopping.

c.  *Cost factors such as increases in raw materials, labor, or other costs that have a negative effect on earnings and cash flow:* The most significant cost drivers for Sequential are compensation costs, interest expense and rent expense. Labor costs have been relatively stable, and are forecasted to be 21.6% of revenues in 2016 and 21.9% of revenues in 2017.  The company entered into an interest rate cap agreement in Q4 2016 to limit any negative upside on its interest expense.  A strategy to reduce rent expense through a lease extension and reduction in leased square footage is currently being explored.

d.  *Overall financial performance such as negative or declining cash flows or a decline in actual or planned revenue or earnings compared with actual and projected results of relevant prior periods.*  The Company's EBITDA and Net Income growth has been slower than anticipated (but still positive) due to a higher than expected post-acquisition cost

FOIA Confidential Treatment Requested

Sequential_0109699

Sequential Brands Group, Inc.
Q4 2016 – Goodwill Impairment Analysis Memo

_____

structure. EBITDA and Net Income for 2016 are anticipated to be at the lower end of guidance, or below guidance, but the miss is not expected to be extensive. The Company is exploring initiatives to reduce costs, such as lowering its rent expense. The Company's licensee base remains stable.

e.   *Other relevant entity-specific events such as changes in management, key personnel, strategy, or customers; contemplation of bankruptcy; or litigation:* The Company has shifted the management structure around its brands, and has added a President to its management team. Key personnel, such as the CEO and CFO, remain in place.

f.   *Events affecting a reporting unit such as a change in the composition or carrying amount of its net assets, a more-likely-than-not expectation of selling or disposing of all, or a portion, of a reporting unit, the testing for recoverability of a significant asset group within a reporting unit, or recognition of a goodwill impairment loss in the financial statements of a subsidiary that is a component of a reporting unit:* The Company only has one reporting unit and is not currently considering any significant sales or disposals. There were no asset impairments recognized as a result of the October 1, 2016 intangible asset testing and valuations. A significant portion of the goodwill recorded as of 10/1/16 was the result of recent acquisitions. $133.4M, or 43%, was acquired in the previous 12 months, and over 99% was acquired within 26 months of the 10/1/16 evaluation date.

g.   *If applicable, a sustained decrease in share price (consider in both absolute terms and relative to peers).* Sequential's stock closed at a price of $8.00 on September 30, 2016, as compared to an average closing share price of $7.07 for the period from December 31, 2015 (the last testing date) to September 30, 2016. Over that same period, the Company's largest Competitor, Iconix, experienced a similar stock price appreciation ($6.83 per share at 1/1/16 to $8.12 per share at 9/30/16). The Company also engaged Houlihan to assess the fair value of the Company's common equity on a controlling, marketable basis as of October 1, 2016.. Houlihan considered the Company's market capitalization (defined as total common shares outstanding multiplied by the common equity price per share) to be indicative of a minority interest in the Company. Therefore, Houlihan attempted to identify a reasonable and appropriate control premium to conclude on a controlling, marketable market capitalization. The result of this analysis was an implied fair value that was greater than the Company's carrying value at October 1, 2016.

Based on its assessment of the factors listed above, taken as a whole, the Company has determined that an impairment was not likely to exist at October 1, 2016.

## Conclusion

Based upon the above analysis, no impairment of goodwill was identified as of October 1, 2016.

## December 31, 2016 Considerations

ASC 350-20-35-30 requires a company to perform an interim test for goodwill impairment whenever "an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying amount." From the time that the Company performed its annual goodwill impairment analysis at 10/1/2016 to year-end the Company's stock price experienced a decline from $8.00 to $4.68. In light of this decline, management has evaluated the events and circumstances that have occurred since its October 1, 2016 annual impairment test to determine if it is more likely than not that the Company's fair value has dropped below its carry value. Management notes the following:

*   The main driver for the recent stock price decline was the Company's Q3 earnings release after the market close on November 2, 2016. That earnings release included a downward revision of the Company's full year 2016 EBITDA guidance from a midpoint of $89.5M down to $85.5M, and a revision of GAAP net income from a midpoint of $13.7M down to $9.4M. The Company's guidance on full year 2016 revenue did not change. SQBG stock closed at $7.23 on November 2, 2016 (just prior to earnings release) and closed at $4.80 on November 3, 2016.
*   The change in 2016 EBITDA and net income forecasts was primarily the result of a higher than expected post-acquisition cost structure, and not the result of a fundamental change in SBG's underlying business. Revenue estimates were not revised downward, and the new guidance for 2016 revenue, EBITDA and net income all represented significant increases from 2015 actuals ($88.3M, $53.4M and a net loss of $2.9M, respectively).
*   The Company was (and is) in the process of addressing the higher-than-expected cost structure. The Company is reducing the square footage at its corporate headquarters as part of a lease extension agreement signed in February

Page 5 of 6

Sequential Brands Group, Inc.
Q4 2016 – Goodwill Impairment Analysis Memo

2017, which will result in annual rent expense savings of approximately $3M going forward, which will be accretive to EBITDA. In Q4 of 2016, the company purchased an interest rate cap limit any negative upside on its interest expense. Management will also be exploring strategies to lower debt levels and cost of capital. Compensation expense is expected to be stable moving forward, with the potential to be lower, on a percentage of revenue basis, as the Company drives organic growth.

- The Company's financial performance trends have been positive through 2016, which is expected to continue in 2017. The mid-point of SBG's current guidance for 2017 revenue, EBITDA and net income is $172.5, $100.0M and $20.6M, respectively.  These represent increases over 2016 revenue and EBITDA actuals of approximately 11% and 20%, respectively, and an improvement in net income of $21.4M (from 2016 GAAP net loss of $0.8M).
- Key licensees continue to show positive trends and remain committed to long-term partnerships with Sequential. Examples include a multi-year renewal of the Martha license with Macy's (without a reduction in GMRs) and new opportunities with Amazon and QVC across several product categories.
- A review of historical multiples (provided by Houlihan) indicates that the 3-year average EV/EBITDA multiple for Sequential's industry is 16.0x (Sequential's 3-year average is 21.1x).  Based on the $100.1M 2017 EBITDA forecast, an EV/EBITDA multiple of approximately 11.1x would be needed for fair value to exceed Sequential's $462.8M carrying value (and net debt of $645.0M) at December 31, 2016.
- SBG continues to generate sufficient cash flows to meet operational needs and service its debt obligations.  The Company is in compliance with its debt covenant ratios at 12/31/16.

Management believes that the stock price depreciation for SQBG since the impairment test performed on October 1, 2016 is due to the overall industry being out of favor with investors combined with the reaction to the downward revised guidance that the Company released along with its Q3 results. The company is executing on strategies to address some of the primary concerns behind the depressed stock price; such as the Company's cost structure and debt load.  At the same time, the Company is well positioned to maximize revenue growth and is working with the strongest pipeline in company history.

Sequential's financial performance, growth rates, and historical trading multiples, combined with the strategic opportunities in place at year-end and into 2017,  would indicate a significantly higher fair value for entity as a whole in an orderly transaction. Therefore, upon evaluating the totality of events and circumstances impacting the Company at December 31, 2016, management does not believe that an impairment event has occurred that would make it more likely than not the fair value the Company has dropped below its carrying value.

FOIA Confidential Treatment Requested

Sequential_0109701