```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
PETER D'ARCY, Individually and on Behalf    :
of All Others Similarly Situated,           :
                                            :
           Plaintiff,                       :
                                            :
     -against-                              :   No. 1:21-cv-07296 (JPO)
                                            :
YEHUDA SHMIDMAN, KAREN                      :   **DECLARATION OF**
MURRAY, GARY KLEIN, ANDREW                  :   **ADINA LEVINE IN SUPPORT**
COOPER, CHAD WAGENHEIM, PETER               :   **OF DEFENDANT**
LOPS, DAVID CONN, DANIEL                    :   **YEHUDA SHMIDMAN'S**
HANBRIDGE, LORRAINE DISANTO,                :   **MOTION TO DISMISS**
WILLIAM SWEEDLER, AARON                     :
HOLLANDER, AL GOSSETT, STEWART              :
LEONARD, JR., COHNREZNICK LLP,              :
STEPHEN WYSS, STEPHEN JACKSON,              :
and ROBERT HILBERT,                         :
                                            :
           Defendants.                      :
                                            :
------------------------------------------------------- X
```

I, Adina Levine, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am an attorney in the law firm Cyrulnik Fattaruso LLP, attorneys for Defendant Yehuda Shmidman. I am fully familiar with the matters set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Amended Class Action Complaint, ECF No. 44, filed November 14, 2022.

3. Attached as Exhibit 2 is a true and correct copy of the Sarbanes-Oxley certification on behalf of Sequential Brands Group, Inc. ("Sequential") for the 2016 Q3 Form 10-Q signed by Yehuda Shmidman and referenced in ¶ 134 of the Amended Complaint.

4. Attached as Exhibit 3 is a true and correct copy of the Sarbanes-Oxley certification on behalf of Sequential for the 2016 Form 10-K signed by Yehuda Shmidman and referenced in ¶ 139 of the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2023, in New York, NY.

                                                         */s/Adina Levine*  
                                                         Adina Levine, Esq.