

April 3, 2023

<u>**Via ECF**</u>

Hon. J. Paul Oetken
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Peter D'Arcy v. Sequential Brands Group, Inc., et al.,*
               Case No. 1:21-cv-07296-JPO

Dear Judge Oetken:

      Pursuant to Section 3(D)(ii) of Your Honor's Individual Rules and Practices in Civil Cases, Lead Plaintiff CJD Property Finance Company, LLC, by and through undersigned counsel, respectfully notifies the Court and Defendants that it does not intend to file an amended complaint in response to the Defendants' respective motions to dismiss and will file its opposition to the Defendants' separate motions to dismiss on or before May 25, 2023.

                                 Respectfully submitted,

                                   FREEDMAN NORMAND FRIEDLAND LLP

                                 */s/ Ivy T. Ngo*
                                 Ivy T. Ngo (*pro hac vice*)
                                 Velvel (Devin) Freedman
                                 Constantine P. Economides
                                 Brianna K. Pierce
                                 1 SE 3rd Avenue, Suite 1240
                                 Miami, Florida 33131
                                 T: (786) 924-2900
                                 F: (646) 392-8842
                                 ingo@fnf.law
                                 vel@fnf.law
                                 ceconomides@fnf.law
                                 bpierce@fnf.law

                                 *Counsel for CJD Property Finance Company, LLC, and Lead Counsel for the Class*

cc:    All counsel of record by ECF