**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ X
                                                    :

PETER D'ARCY, Individually and On Behalf of All Other :    **No. 1:21-cv-07296-JPO**
Similarly Situated.,                                   :

                          Plaintiff,                    :

v.                                                     :

YEHUDA SHMIDMAN, KAREN MURRAY, GARY    :
KLEIN, ANDREW COOPER, CHAD WAGENHEIM,
PETER LOPS, DAVID CONN, DANIEL HANBRIDGE,   :
LORRAINE DISANTO, WILLIAM SWEEDLER, AARON   :
HOLLANDER, AL GOSSETT, STEWART LEONARD,
JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN   :
JACKSON, and ROBERT HILBERT,                :

                         Defendants.                  :

------------------------------------------------ X

## [PROPOSED] ORDER

Upon consideration of Yehuda Shmidman, Karen Murray, Gary Klein, and Andrew Cooper's Motion to Withdraw Rudolf Koch as Counsel of Record, the Court finds that good cause has been shown for the granting of the Motion.

**ACCORDINGLY**, it is hereby

    **ORDERED**, that the Motion is GRANTED, and

    **FURTHER ORDERED**, that Rudolf Koch be withdrawn as Defendants' counsel in this matter.

    **SO ORDERED**, this _____ day of _____, 2023.

 

                                                                                           **J. PAUL OETKEN**
                                           **UNITED STATES DISTRICT JUDGE**