UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- X
PETER D'ARCY, Individually and on Behalf          :
of All Others Similarly Situated,                 :
                                                  :
                    Plaintiff,                    :
                                                  :
        -against-                                 :
                                                  :
YEHUDA SHMIDMAN, KAREN                             :
MURRAY, GARY KLEIN, ANDREW                         :     Case No. 1:21-cv-07296 (JPO)
COOPER, CHAD WAGENHEIM, PETER                      :
LOPS, DAVID CONN, DANIEL                           :     CLASS ACTION
HANBRIDGE, LORRAINE DISANTO,                       :
WILLIAM SWEEDLER, AARON                            :     Honorable J. Paul Oetken
HOLLANDER, AL GOSSETT, STEWART                     :
LEONARD, JR., COHNREZNICK LLP,                     :
STEPHEN WYSS, STEPHEN JACKSON,                     :
and ROBERT HILBERT,                               :
                                                  :
                    Defendants.                   :
                                                  :
-------------------------------------------------- X
```

**JOINT STIPULATION AND ORDER**

WHEREAS, on March 8, 2023, the Court ordered that the Defendants' replies to Plaintiff's omnibus opposition to the Defendants' motions to dismiss the Amended Complaint shall be due no later than July 6, 2023 (ECF No. 103);

WHEREAS, the undersigned parties have conferred regarding a revision to the schedule to provide adequate opportunity for Defendants to reply to Plaintiff's omnibus opposition to the Defendants' motions to dismiss the Amended Complaint, whether individually or jointly;

WHEREAS, given the length and complexity of the pleadings and the burden of jointly filing a reply on behalf of 10 individual Defendants, certain Defendants have conferred with Plaintiff regarding the need for an enlargement of the typical page-length requirements associated with Defendants' reply briefs;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, and subject to the approval of the Court, that:

1.      Defendants Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr. shall be permitted 35 pages for their joint brief in reply to Plaintiff's omnibus opposition to Defendants' motion to dismiss the Amended Complaint.

2.      The remaining defendants—CohnReznick (including the CohnReznick individual defendants), Gary Klein, Karen Murray, and Yehuda Shmidman, shall each submit their own separate reply briefs (four in total), each limited to 10 pages of length (40 in total).

3.      All of the Defendants' briefs in reply to Plaintiff's omnibus opposition to the Defendants' motions to dismiss the Amended Complaint shall be due no later than August 7, 2023.

Dated: June 23, 2023                            Respectfully submitted,
New York, New York

| | |
|---|---|
| */s/ Mitchell Karlan* | */s/ Ivy T. Ngo* |
| Mitchell Karlan | Ivy T. Ngo (*pro hac vice*) |
| Mary Beth Maloney | Velvel (Devin) Freedman |
| Monica Loseman | Constantine P. Economides |
| | Brianna K. Pierce |
| **GIBSON, DUNN & CRUTCHER LLP** | |
| 200 Park Avenue | **FREEDMAN NORMAND FRIEDLAND LLP** |
| New York, NY  10166-0193 | 1 SE 3rd Avenue, Suite 1240 |
| mkarlan@gibsondunn.com | Miami, FL 33131 |
| mmaloney@gibsondunn.com | ingo@fnf.law |
| mloseman@gibsondunn.com | vel@fnf.law |
| Tel.: 212.351.3827 | ceconomides@fnf.law |
| Fax: 212.351.5254 | Tel.: 786.924.2900 |
| | Fax: 646.392.8842 |
| *Counsel for Defendants Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr.* | *Counsel for CJD Property Finance Company, LLC and Lead Counsel for the Class* |
| | **THE SCHALL LAW FIRM** |
| | Brian Schall (*pro hac vice* forthcoming) |

1880 Century Park East, Suite 404
Los Angeles, CA 90067
brian@schallfirm.com
Tel.: 424. 303.1964

*Additional Counsel for CJD Property
Finance Company, LLC*

 

*/s/ Jason Cyrulnik*

Jason Cyrulnik

**CYRULNIK FATTARUSO LLP**
55 Broadway
3rd Floor
New York, NY 10006
jcyrulnik@cf-llp.com
Tel.: 917.353.3005

*Counsel for Defendant Yehuda Shmidman*

*/s/ Patrick Petrocelli*

Patrick Petrocelli
James Bernard

**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY  10038-4982
ppetrocelli@stroock.com
jbernard@stroock.com
dcheifetz@stroock.com

Tel.: 212.806.6222

*Counsel for Defendants CohnReznick
LLP, Stephen Wyss, Stephen Jackson, and
Robert Hilbert*

 

*/s/ Lyle Roberts*

Lyle Roberts

**SHEARMAN & STERLING LLP**
401 9th Street, NW
Suite 800

*/s/ Julia D. Alonzo*

Julia D. Alonzo

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
jalonzo@proskauer.com
Tel.: 212.969.4558

Jonathan M. Weiss (*pro hac vice*)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
jweiss@proskauer.com
Tel.: 310.284.4524

*Counsel for Defendant Karen Murray*

Washington, DC  20004-2128
lyle.roberts@shearman.com
Tel.: 202.508.8108

*Counsel for Gary Klein*

SO ORDERED:

Dated: June 26, 2023
          New York, New York

J. PAUL OETKEN
United States District Judge