UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

-against-

YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT,

    Defendants.

Case No. 1:21-cv-07296 (JPO)

**CLASS ACTION**

Honorable J. Paul Oetken

---

## STIPULATION AND ORDER

WHEREAS, on June 26, 2023, the Court ordered that Defendants' replies to Plaintiff's omnibus opposition to Defendants' motions to dismiss the Amended Complaint shall be due no later than August 7, 2023 (ECF No. 130);

WHEREAS, Plaintiff and a set of defendants (Yehuda Shmidman, Karen Murray, Gary Klein, Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr.) have agreed to pursue mediation in an attempt to settle Plaintiff's claims against these defendants;

WHEREAS, Plaintiff and the aforementioned defendants have agreed to stay the August 7, 2023 reply deadline on these defendants' motions to dismiss the Amended Complaint (ECF Nos. 107, 108, 114, and 118), in order to provide an opportunity to engage in mediation;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, and subject to the approval of the Court, that:

1. Further briefing and consideration of Defendants Yehuda Shmidman, Karen Murray, Gary Klein, Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr.'s motions to dismiss the Amended Complaint (ECF Nos. 107, 108, 114, and 118) shall be stayed until the parties notify the Court that mediation has concluded.

Dated: July 20, 2023
New York, New York

Respectfully submitted,

/s/ Mitchell Karlan

Mitchell Karlan
Mary Beth Maloney
Monica Loseman
Marc Aaron Takagaki
Andrew C. Bernstein

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
mkarlan@gibsondunn.com
mmaloney@gibsondunn.com
mloseman@gibsondunn.com
mtakagaki@gibsondunn.com
abernstein@gibsondunn.com
Tel.: 212.351.3827
Fax: 212.351.5254

*Counsel for Defendants Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr.*

/s/ Ivy T. Ngo

Ivy T. Ngo (*pro hac vice*)
Velvel (Devin) Freedman

**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
ingo@fnf.law
vel@fnf.law
Tel.: 786.924.2900
Fax: 646.392.8842

*Counsel for CJD Property Finance Company, LLC and Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
brian@schallfirm.com
Tel.: 424. 303.1964

*Additional Counsel for CJD Property Finance Company, LLC*

| | |
|---|---|
| /s/ Michael M. Pomerantz | /s/ Julia D. Alonzo |
| Michael M. Pomerantz | Julia D. Alonzo |
| **CYRULNIK FATTARUSO LLP**<br>55 Broadway<br>3rd Floor<br>New York, NY 10006<br>mpomerantz@cf-llp.com<br>Tel.: 646.494.5663 | **PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036-8299<br>jalonzo@proskauer.com<br>Tel.: 212.969.4558 |
| Counsel for Defendant Yehuda Shmidman | Jonathan M. Weiss (*pro hac vice*)<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, CA 90067-3010<br>jweiss@proskauer.com<br>Tel.: 310.284.4524 |
| | Counsel for Defendant Karen Murray |

/s/ Lyle Roberts

Lyle Roberts

**SHEARMAN & STERLING LLP**
401 9th Street, NW
Suite 800
Washington, DC 20004-2128
lyle.roberts@shearman.com
Tel.: 202.508.8108

Counsel for Gary Klein

> The Clerk is directed to mark this case as STAYED pending further order.
> The parties shall file a joint status letter within 7 days of completion of mediation and in any event no later than

SO ORDERED:

Dated: July 21, 2023
       New York, New York

J. PAUL OETKEN
United States District Judge

3