**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br>-against-<br><br>YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT,<br><br>              Defendants. | No. 1:21-cv-07296 (JPO) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO STEPHEN WYSS, STEPHEN JACKSON, AND ROBERT HILBERT ONLY**

Plaintiff CJD Property Finance Company, LLC stipulates and agrees that Defendants Stephen Wyss, Stephen Jackson, and Robert Hilbert are hereby dismissed from this action without prejudice.

| | |
|---|---|
| **FREEDMAN NORMAND FRIEDLAND LLP** | **HOGAN LOVELLS US LLP** |
| By: */s Ivy T. Ngo*<br>   Ivy T. Ngo<br>   Devin (Velvel) Freedman<br>1 SE 3rd Avenue, Suite 1240<br>Miami, FL 33131<br>Telephone:  (786) 924-2900<br>Facsimile:  (646) 392-8842 | By: */s Patrick Petrocelli*<br>   James Bernard<br>   Patrick N. Petrocelli<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100 |
| *Counsel for Lead Plaintiff CJD Property Finance Company, LLC* | *Counsel for Defendants Stephen Wyss, Stephen Jackson, and Robert Hilbert* |

**SO ORDERED:**

October _____, 2024

_____
**HONORABLE J. PAUL OETKEN**