UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT,<br><br>Defendants. | Case No.: 1:21-cv-07296<br><br>CLASS ACTION<br><br>Honorable J. Paul Oetken<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF THE CLASS, AND APPROVAL OF NOTICE TO THE CLASS** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiff CJD Finance Company, LLC ("Lead Plaintiff" or "CJD"), by and through its attorney, hereby moves the Court, before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the Settlement; (2) preliminarily certifying the Settlement Class for settlement purposes under Fed. R. Civ. P. 23; (3) preliminarily appointing Lead Plaintiff as the class representative for the proposed Settlement Class; (4) preliminarily appointing the law firm of Freedman Normand Friedland LLP as Class Counsel for the Settlement Class; and (5) approving

the proposed class notice program, including the form, content, and methods of distribution. Defendants do not oppose the motion.

Dated: October 30, 2024                    Respectfully,

*/s/ Ivy T. Ngo*
Ivy T. Ngo (*pro hac vice*)
Devin (Velvel) Freedman
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
ingo@fnf.law
vel@fnf.law
Tel.: 786.924.2900
Fax: 646.392.8842

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2024, a true and correct copy of the foregoing was filed electronically using the Court's electronic filing system and notice of this filing will be sent to all registered parties.

                                                /s/ *Ivy T. Ngo*
                                                Ivy T. Ngo, Esq.