**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:21-cv-07296 |
| Plaintiff, | |
| v. | CLASS ACTION |
| | Honorable J. Paul Oetken |
| YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT, | **DECLARATION OF IVY T. NGO IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| Defendants. | |

I, Ivy T. Ngo, an attorney for Lead Plaintiff, declares as follows:

1.      I am a member in good standing of the bars of California, Colorado, and the District of Columbia and counsel in the firm of Freedman Normand Friedland LLP, counsel for Court-appointed CJD Finance Company, LLC ("Lead Plaintiff" or "CJD") and lead counsel for the proposed class. I respectfully submit this declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion") which seeks, among other things, the preliminary approval of the proposed settlement set forth in the Stipulation and Agreement of Settlement (the "Stipulation") annexed hereto as Exhibit 1.[1]

2.      I have been actively involved in all aspects of the investigation and prosecution of this case and the Parties' settlement negotiations or otherwise have knowledge thereof. I am familiar with the factual matters discussed herein and each of these facts is true and correct to the best of my knowledge, information, and belief based on the evidence and other materials cited in support.

### The Settlement Agreement and Release

3.      Attached hereto as Exhibit 1 is the Stipulation, agreed to and executed by Lead Plaintiff; Yehuda Shmidman, Karen Murray, Gary Klein, Andrew Cooper, Chad Wagenheim, Peter Lops, David Conn, Daniel Hanbridge, Lorraine DiSanto, William Sweedler, Aaron Hollander, Al Gossett, and Stewart Leonard, Jr. (the "Individual Defendants"); and CohnReznick LLP, Stephen Wyss, Stephen Jackson, and Robert Hilbert (the "Auditor Defendants") (collectively with the Individual Defendants, "Defendants", and Defendants collectively with Lead Plaintiff, the "Parties"). The Stipulation contains the following Exhibits:

- Exhibit A: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice
    - o  Exhibit A-1: Notice of Pendency and Proposed Settlement of Class Action
    - o  Exhibit A-2: Proof of Claim and Release

---

[1]      All capitalized terms are defined in the Stipulation, annexed hereto as Exhibit 1.

      o  Exhibit A-3: Summary Notice

- Exhibit B: [Proposed] Final Judgment and Order of Dismissal with Prejudice

### The Settlement Was Negotiated at Arms-Length
### By Experienced and Knowledgeable Counsel

4. The Parties negotiated the class-wide settlement as set forth in the Stipulation at arms-length through their informed and experienced counsel after years of litigation. Further, the settlement with the Individual Defendants was reached with the assistance of JAMS mediator Robert Meyer, Esq.

5. On March 16, 2021, a class action complaint was filed in the United States District Court for the Central District of California, styled *Peter D'Arcy v. Sequential Brands Group, Inc., et al.* asserting claims under §10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), Rule 10b-5 as promulgated thereunder, and §20(a) of the Exchange Act against Sequential, Shmidman, Murray, Klein, and Cooper.

6. On March 17, 2021, that Action was assigned to the Honorable District Judge John F. Walter and Magistrate Judge Rozella A. Oliver and assigned Case No. 2:21−cv−02305−JFW-RAO.

7. On June 11, 2021, Judge Walter appointed CJD as Lead Plaintiff and Freedman Normand Friedland LLP (f/k/a Roche Freedman LLP) as Lead Counsel for the class in the Action.

8. On June 14, 2021, Plaintiff Peter D'Arcy voluntarily dismissed his claims in the Action without prejudice as to himself only, pursuant to Federal Rule of Civil Procedure 41(a).

9. The parties stipulated to transferring the action to the United States District Court for the Southern District of New York, where *SEC v. Sequential Brands Group, Inc.*, Case No. 1:20-cv-10471 (S.D.N.Y. Dec. 11, 2020) (the "SEC Action"), was pending. After the stipulation was granted, the Honorable District Judge J. Paul Oetken (the "Court") received the action on August 31, 2021, which was assigned Case No. 1:21-cv-07296-JPO. That same day, Sequential filed for Chapter 11 bankruptcy relief. On February 22, 2022, the Bankruptcy Court confirmed the First Amended Joint Plan of Liquidation, which enjoined the continuation of this action against Sequential. Accordingly,

Plaintiff moved to voluntarily dismiss Sequential on September 20, 2022, which was granted on September 26, 2022.

10. Meanwhile, in the SEC Action, this Court upheld the complaint and denied Sequential's motion to dismiss on September 30, 2021. *See SEC v. Sequential Brands Grp., Inc.*, 2021 WL 4482215 (S.D.N.Y. Sept. 30, 2021). The SEC subsequently settled with Sequential on November 29, 2021, and then charged and settled against Klein, CohnReznick, Wyss, Jackson, and Hilbert on June 8, 2022.

11. On November 14, 2022, Lead Plaintiff filed a consolidated amended complaint (the "Complaint") asserting claims against the Individual Defendants under §§10(b) and 20(a) of the Exchange Act and Rule 10b-5, against CohnReznick under §10(b) and Rule 10b-5, and against Wyss, Jackson, and Hilbert under §20(a). Among other things, the Complaint alleged that the Individual Defendants made materially false and misleading statements about Sequential's business, financial well-being, goodwill, and the SEC investigation during the Class Period. The Complaint further alleged that the Auditor Defendants failed to comply with auditing standards by issuing clean audit reports that they knew or should have known contained false or misleading statements. As a result of Defendants' conduct, the Complaint alleged that the price of Sequential Securities was artificially inflated and declined when the truth was revealed.

12. On March 23, 2023, Defendants served their motions to dismiss the Complaint. On May 24, 2023, Lead Plaintiff served its memorandum of law in opposition to Defendants' motions.

13. In July 2023, Lead Plaintiff and the Individual Defendants agreed to engage in private mediation and for Robert A. Meyer, Esq. of JAMS to act as mediator. A full-day mediation session before Mr. Meyer was held on October 10, 2023. In advance of that session, Lead Plaintiff and the Individual Defendants exchanged detailed mediation statements, which addressed the issues of liability and damages. The session ended with an agreement in principle to settle the Action and release all claims against the Individual Defendants in return for a $6,250,000.00 cash payment by or on behalf

of them for the benefit of the Settlement Class.

14.     In September 2023, Lead Plaintiff and the Auditor Defendants agreed to engage in private mediation. Counsel for Lead Plaintiff and the Auditor Defendants engaged in numerous calls and email exchanges to share their respective views on the case to attempt to reach a settlement. These exchanges ended with an agreement in principle to settle the Action and release all claims against the Auditor Defendants in return for a $3,500,000.00 cash payment by or on behalf of them for the benefit of the Settlement Class.

15.     Thereafter and continuing through execution of the Stipulation, the Parties negotiated the terms of the Stipulation, class action notices and other exhibits to the Stipulation. Class Counsel solicited bids from three potential settlement administrations, and Angeion submitted the most cost-effective bid. Accordingly, Class Counsel selected Angeion, a nationally recognized class action settlement administrator with extensive experience with large, complex securities class action administrations, as the Claims Administrator.

16.     On October 30, 2024, the parties completed their settlement negotiations and executed the Stipulation.

**Freedman Normand Friedland LLP is Experienced and Qualified
to be Counsel for the Settlement Class**

17.     Freedman Normand Friedland LLP and I possess extensive experience in securities and other class action litigation in federal and state courts. The firm resume of Freedman Normand Friedland LLP is annexed hereto as Exhibit 2, detailing the experience of the firm and the undersigned in litigating securities and other class actions.

**The Settlement is Fair, Reasonable, and Adequate**

18.     Based on my experience and knowledge about the facts and issues in this case, and for the reasons set forth in the accompanying memorandum of law submitted in support of the Motion, I

4

believe that the settlement set forth in the Stipulation represents a fair, reasonable, and adequate result

for, and is in the best interest of, the Settlement Class defined therein.

***

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2024 in Denver, Colorado.


/s Ivy T. Ngo
Ivy T. Ngo, Esq.

5