**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:21-cv-07296 |
| Plaintiff, | |
| v. | CLASS ACTION |
| YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT, | **PROOF OF CLAIM AND RELEASE EXHIBIT A-2** |
| Defendants. | |

## I.    GENERAL INSTRUCTIONS

1.    To recover as a Member of the Class based on your claims in the action entitled *Peter D' Arcy v. Sequential Brands Group, Inc. et al.*, No. 1:21-cv-07296-JPO (the "Action"), you must complete and, on page _ hereof, sign this Proof of Claim and Release form ("Proof of Claim").[1] If you fail to submit a timely and properly addressed (as set forth in paragraph 3 below) Proof of Claim, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

2.    Submission of this Proof of Claim, however, does not assure that you will share in the proceeds of the Settlement of the Action.

3.    YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, NO LATER THAN __, 2024, ADDRESSED AS FOLLOWS:

> *Sequential Securities Settlement*
> Angeion Group, Claims Administrator
> 1650 Arch Street, Suite 2210
> Philadelphia, PA 19103
> Online Submissions: www.SequentialSecuritiesSettlement.com

If you are NOT a Member of the Class (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice")), DO NOT submit a Proof of Claim.

4.    If you are a Member of the Class and you do not timely request exclusion in response to the Notice, you are bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM.

## II.    CLAIMANT IDENTIFICATION

If you purchased or acquired Sequential Brands Group, Inc. ("Sequential") securities and

---

[1] All capitalized terms used in this Proof of Claim that are not otherwise defined herein shall have the meanings provided in the Stipulation and Agreement of Settlement dated October 30, 2024 (the "Stipulation"), which is available on the website for the Action at www.SequentialSecuritiesSettlement.com.

held the certificate(s) in your name, you are the beneficial purchaser or acquirer as well as the record purchaser or acquirer. If, however, you purchased or acquired Sequential Securities and the certificate(s) were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial purchaser or acquirer, and the third party is the record purchaser or acquirer.

Use Part I of this form entitled "Claimant Identification" to identify each beneficial purchaser or acquirer of Sequential Securities that forms the basis of this claim, as well as the purchaser or acquirer of record if different. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR ACQUIRER(S) OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S) OR ACQUIRER(S) OF THE SEQUENTIAL SHARES UPON WHICH THIS CLAIM IS BASED.

All joint purchasers or acquirers must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them, and their authority must accompany this claim, and their titles or capacities must be stated. The Social Security (or taxpayer identification) number, telephone number, and email address of the beneficial owner may be used to verify the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## III.    CLAIM FORM

Use Part II of this form entitled "Schedule of Transactions in Sequential Shares" to supply all required details of your transaction(s) in Sequential Securities. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to *all* of your purchases or acquisitions and *all* of your sales of Sequential Securities which took place during the period from November 9, 2016 and December 11, 2020, inclusive, whether such transactions resulted

in a profit or a loss. You must also provide all of the requested information with respect to *all* of the Sequential Securities you held at the close of trading on November 8, 2016 and March 11, 2021. Failure to report all such transactions may result in the rejection of your claim.

List each transaction separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

The date of covering a "short sale" is deemed to be the date of purchase of Sequential Securities. The date of a "short sale" is deemed to be the date of sale of Sequential Securities.

Copies of broker confirmations or other documentation of your transactions in Sequential Securities should be attached to your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. All such claimants MUST also submit a manually signed paper Proof of Claim whether or not they also submit electronic copies. If you wish to submit your claim electronically, you may obtain the required file layout and submit a bulk claim filing at the settlement website www.SequentialSecuritiesSetllement.com. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Peter D' Arcy v. Sequential Brands Group, Inc. et al.*
No. 1:21-cv-07296-JPO

PROOF OF CLAIM AND RELEASE

**Must Be Postmarked (if Mailed) or Received (if Filed Electronically) No Later Than:**

**_____, 202_**

**REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER
DOCUMENTATION OF YOUR TRANSACTIONS IN SEQUENTIAL SHARES.
FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION
OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.**

Please Type or Print

PART I:    CLAIMANT IDENTIFICATION

_____

Beneficial Owner's Name (First, Middle, Last)

_____

Street Address

_____

City                                    State or Province

_____

Zip Code or Postal Code                 Country

_____                    Individual

_____                    Corporation/Other

Social Security Number or
Taxpayer Identification Number

_____

Area Code          Telephone Number (work)

_____

Area Code          Telephone Number (home)

_____

Email: _____  _____

_____

Record Owner's Name (if different from beneficial owner listed above)

PART II:    SCHEDULE OF TRANSACTIONS IN SEQUENTIAL SHARES

A.    Number of shares of Sequential Securities held at the close of trading on November 8, 2016. If none, write "zero": _____

B.    Purchases or acquisitions of Sequential Securities (between November 9, 2016 and March 11, 2021, inclusive):

| Trade Date Month Day Year | Number of Shares Purchased or Acquired | Purchase or Acquisition Price per Share | Total Purchase or Acquisition Price | Check if purchase covers a short position |
|---|---|---|---|---|
| 1._____ | 1._____ | 1._____ | 1._____ | ☐ |
| 2._____ | 2._____ | 2._____ | 2._____ | ☐ |
| 3._____ | 3._____ | 3._____ | 3._____ | ☐ |

**IMPORTANT:** If any purchase listed covered a "short sale," please mark Yes.    ☐ Yes

C.    Sales of Sequential Securities (between November 9, 2016 and March 11, 2021, inclusive):

| Trade Date Month Day Year | Number of Shares Sold | Sale Price per Share | Total Sales Price |
|---|---|---|---|
| 1._____ | 1._____ | 1._____ | 1._____ |
| 2._____ | 2._____ | 2._____ | 2._____ |
| 3._____ | 3._____ | 3._____ | 3._____ |

A.    Number of shares of Sequential Securities held at the close of trading on March 11, 2021. If none, write "zero": _____

If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.

**YOU MUST READ AND SIGN THE RELEASE ON PAGE _. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

**IV.    SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

I (We) submit this Proof of Claim under the terms of the Stipulation and Agreement of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Class Member and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action. I (We) agree to furnish additional information to the Claims Administrator to support this claim (including transactions in other Sequential Securities) if requested to do so. I (We) have not submitted any other claim covering the same purchases, acquisitions or sales of Sequential Securities during the Class Period and know of no other person having done so on my (our) behalf.

**V.    RELEASE**

1.    On behalf of myself (us) and my Plaintiffs' Releasees, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Claims each and all of the "Released Parties," defined as each and all of the Defendants and their Related Parties. "Related Parties" means each of a Defendants' respective present, former, or future parents, subsidiaries, divisions, and affiliates and the respective present and former employees, members, partners, principals, officers, directors, controlling shareholders, attorneys, advisors, accountants, auditors, underwriters, consultants, investment bankers, commercial bankers, joint ventures, insurers, and re-insurers of each of them; and the predecessors, successors, estates, immediate family members, spouses, heirs, executors, trusts, trustees, administrators, agents, representatives, assigns, and assignees of each of them, in their capacity as such.

2.      "Released Claims" means any and all claims, demands, rights, suits, debts, obligations, losses, damages, matters, judgments, issues, causes of action or liabilities of every nature and description whatsoever (including Unknown Plaintiff's Claims as set forth below), that were or could have been asserted in any forum, whether foreign or domestic, whether based on or arising under federal, state, local, or foreign law, whether based on statutory law, common law, rule or regulation, whether fixed or contingent, foreseen or unforeseen, matured or unmatured, accrued or unaccrued, liquidated or unliquidated, whether direct, representative, class, or individual in nature, based upon, arising from, in connection with, or related in any way, directly or indirectly to the allegations, Class Period transactions, facts, events, matters, occurrences, acts, representations or omissions involved, set forth, referred to, or that could have been asserted in this Action, including without limitations, claims for securities fraud, statutory or common law fraud, negligence, gross negligence, or breach of fiduciary duty. Released Claims does not include claims to enforce the Settlement.

3.      "Plaintiffs' Releasees" means Plaintiff, Class Members, and each of their respective past or present trustees, officers, directors, partners, employees, contractors, auditors, principals, agents, attorneys, predecessors, successors, assigns, representatives, affiliates, insurers, parents, subsidiaries, general or limited partners or partnerships, and limited liability companies; and the spouses, members of the immediate families, representatives, and heirs of any Plaintiffs' Releasee who is an individual, as well as any trust of which any Plaintiffs' Releasee is the settlor or which is for the benefit of any of their immediate family members. Plaintiffs' Releasees do not include any Person who timely and validly seeks exclusion from the Class.

4.     "Unknown Plaintiff's Claims" means any Released Claims which Plaintiff or Plaintiffs' Releasees do not know or suspect to exist in their favor at the time of the release of the Released Parties which, if known by them, might have affected their settlement with and release of the Released Parties, or might have affected their decision with respect to this Settlement, including, without limitation, any decision not to object to this Settlement or seek exclusion from the Class. Plaintiff or Plaintiffs' Releasees may hereafter discover facts in addition to or different from those that he, she, or it now knows or believes to be true with respect to the subject matter of the Released Claims, but the Parties stipulate and agree that, upon the Effective Date, Plaintiff shall expressly waive and each Plaintiffs' Releasee shall be deemed to have, and by operation of the Judgment shall have, expressly waived the provisions, rights, and benefits of California Civil Code §1542, which provides:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

Plaintiff shall expressly waive, and each Plaintiffs' Releasee shall be deemed to have, and by operation of the Judgment shall have, expressly waived any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to California Civil Code §1542. Plaintiff and Plaintiffs' Releasees acknowledge that they may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of the Released Claims, but Plaintiff shall expressly waive, compromise, discharge, extinguish, settle, and release, and each Plaintiffs' Releasee, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever waived, compromised, discharged, extinguished, settled, and released any and all Released Claims, known or unknown,

suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts. Plaintiff acknowledges, and Plaintiffs' Releasees shall be deemed by operation of the Judgment to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release is a part.

5.    This release shall be of no force or effect unless and until the Court approves the Stipulation and Agreement of Settlement and the Settlement becomes effective on the Effective Date (as defined in the Stipulation and Agreement of Settlement).

6.    I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

7.    I (We) hereby warrant and represent that I (we) have included the information requested about all of my (our) transactions in Sequential Securities which are the subject of this claim, which occurred between November 9, 2016 and December 11, 2020, as well as the opening and closing positions in such securities held by me (us) on the dates requested in this Proof of Claim.

I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Proof of Claim by the undersigned is true and correct.

Executed this _____ day of _____
(Month/Year)

in _____
(City)                                        (State/Country)

_____
(Sign your name here)

_____
(Type or print your name here)

_____
(Capacity of person(s) signing, *e.g.*, Beneficial Purchaser or Acquirer, Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1. Please sign the above release and acknowledgment.

2. If this claim is being made on behalf of Joint Claimants, then both must sign.

3. Remember to attach copies of supporting documentation.

4. **Do not send** originals of certificates or other documentation as they will not be returned.

5. Keep a copy of your Proof of Claim and all supporting documentation for your records.

6. If you move, please send your new address to the address below.

7. **Do not use red pen or highlighter** on the Proof of Claim or supporting documentation.

**THIS PROOF OF CLAIM MUST BE SUBMITTED ONLINE OR, IF MAILED, POSTMARKED NO LATER THAN _____, 202_, ADDRESSED AS FOLLOWS:**

*Sequential Securities Settlement*
Angeion Group, Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Online Submissions: www.SequentialSecuritiesSettlement.com