

**www.fnf.law**

FIRM RESUMÉ

**NEW YORK**

10 Grand Central
155 E. 44th Street
Suite 905
New York, NY 10017

T: 646-350-0527
F: 646-392-8842

**MIAMI**

1 SE 3rd Avenue
Suite 1240
Miami, FL 33131

T: 786-924-2900
F: 646-392-8842

**BOSTON**

225 Franklin Street
26th Floor
Boston, MA 02110

T: 617-374-3700
F: 646-392-8842

## TABLE OF CONTENTS

ABOUT THE FIRM ...........................................................................................................1

OUR TEAM .....................................................................................................................3

    DEVIN "VELVEL" FREEDMAN ..............................................................................4

    EDWARD NORMAND ...............................................................................................6

    AMOS FRIEDLAND ..................................................................................................7

    KYLE ROCHE ...........................................................................................................8

    RICHARD CIPOLLA ..................................................................................................9

    JOSEPH DELICH......................................................................................................10

    JORDANA HAVIV ...................................................................................................11

    ALEX POTTER.........................................................................................................12

    COLLEEN SMERYAGE ...........................................................................................13

    LAWRENCE M. KAYE............................................................................................14

    HOWARD SPIEGLER ..............................................................................................15

    KATE AUFSES .........................................................................................................16

    RICHARD LAFONT..................................................................................................17

    IVY T. NGO ..............................................................................................................18

    YAEL WEITZ ...........................................................................................................19

    PETER BACH-Y-RITA .............................................................................................20

    RILEY CLAFTON .....................................................................................................21

    ROBERT T. DUNLAP ..............................................................................................22

    KATHARINE "KATIE" FRIEL..................................................................................23

    STEPHEN LAGOS....................................................................................................24

    NIRAJ THAKKER .....................................................................................................25

    THOMAS TRABUE...................................................................................................26

    LILY WESTERGAARD ............................................................................................27



## ABOUT THE FIRM

Founded in 2019, Freedman Normand Friedland LLP ("FNF") is a national law firm comprised of innovative and tech-savvy attorneys with stellar credentials. With experience from among the most prestigious litigation firms in the country, FNF's legal team has a successful and decades-long track record of consistently achieving outstanding results in high-stakes and notable disputes on behalf of sophisticated clients. FNF's legal team has extensive experience litigating complex commercial, securities, antitrust, class action and derivative matters on behalf of both plaintiffs and defendants in a broad range of industries. FNF couples a unique brand of creative thinking and technical expertise with well-balanced aggressive advocacy to achieve impressive results in complex, high-value, and class action matters. As the firm continues to grow, it has focused on building a diverse attorney pool with cross-functional expertise.

## PUBLIC SERVICE

The firm's attorneys have served as judicial clerks for judges on the U.S. Courts of Appeals for the Second, Fifth, and Ninth Circuits; and District Courts in the Northern and Southern Districts of Florida, Southern District of New York, and Eastern District of Pennsylvania. FNF's attorneys employ the same passion, dedication, and proficiency when litigating on behalf of their clients.

## CLASS ACTION EXPERTISE

FNF's legal team has broad experience representing plaintiffs and defendants in complex class actions in federal courts nationwide. The experience spans securities, commodities, antitrust, commodities, fraud-based, and consumer-protection claims across an assortment of industries.

FNF's attorneys have clerked for federal judges nationwide and have represented plaintiffs and defendants in an array of class actions across sectors. Drawing on that experience, FNF's attorneys offer a strategic insight into every procedural and substantive nuance of complex class actions. Whether a plaintiffs' class or a Fortune 500 Company, FNF's clients receive the highest caliber of legal representation in complex litigation.

## SECURITIES EXPERTISE

FNF's legal team has the experience and sophistication to navigate securities litigation of any size, scope, or level of complexity. FNF attorneys have represented publicly-traded international corporations defending against securities class actions. FNF attorneys have also prosecuted securities class actions on behalf of sophisticated investors. Through those multifaceted roles, FNF's legal team has amassed the expertise to navigate every challenge posed by complex securities litigation under the Securities Act of 1933 and Securities Exchange Act of 1934. Whether representing plaintiffs or defendants, FNF's legal team appreciates and strategically utilizes the procedural and substantive arguments that will make or break viable causes of actions under the securities laws.

Courts have appointed FNF as lead or co-lead counsel in the following securities fraud class actions: *D'Arcy v. Sequential Brands Grp., Inc.* (S.D.N.Y.), *Garcia v. J2 Global, Inc. et. al.,* (C.D. Cal.), *In re Sona Nanotech, Inc. Sec. Litig.* (C.D. Cal.), *In re Renewable Energy Grp. Sec. Litig.* (S.D.N.Y.), *In re Qutoutiao Inc. Sec. Litig.* (S.D.N.Y.), *Carl D. Cachia v. Bellus Health Inc. et. al.,* (S.D.N.Y.), *In re Qiwi Plc Sec. Litig.* (E.D.N.Y.), *Chapman v. Fennec Pharma Inc. et. al.,* (M.D.N.C.), *Lowry v. RTI Surgical Holdings, Inc. et. al.,* (N.D. Ill.), *Hartel v. Geo Grp., Inc. et.*

1

*al.,* (S.D. Fla.), *Valenti v. Dfinity USA Research LLC, et. al.*, (N.D. Cal.), *In re Cormedix Inc. Sec. Litig.* (D.N.J.), and *Pasquinelli et al. v. HUMBL, LLC et al.,* (S.D. Cal.).

Notably, in *Lowry v. RTI Surgical Holdings, Inc.*, FNF recovered approximately 30% of plaintiffs' estimated damages – more than three times the typical recovery in securities fraud class actions.

## CRYPTOCURRENCY EXPERTISE

FNF is a nationally recognized leader in the cryptocurrency arena, Founding Partner Devin "Velvel" Freedman, who has spoken and lectured on the intersection of law and cryptocurrency, is currently representing the estate of Dave Kleiman in a suit against Kleiman's former business partner Craig Wright, the self-proclaimed inventor of the cryptocurrency Bitcoin. Mr. Freedman and other attorneys at FNF bring to bear a unique level of expertise and experience with cryptocurrency issues, which is especially important given the lack of firm legal precedent in the field.

The firm's attorneys are currently litigating numerous cryptocurrency cases against multi-national defendants. Courts have appointed FNF as lead counsel in many of our country's seminal cryptocurrency class actions.

## REPRESENTATIVE ENGAGEMENTS

◊ Appointed co-interim class counsel in a putative class action seeking over one trillion dollars in damages from foreign and domestic defendants accused of manipulating cryptocurrency markets in violation of federal and state laws.

◊ Representing plaintiff in multibillion-dollar complex litigation alleging misappropriation, conversion, and fraud against the self-proclaimed inventor of Bitcoin.

◊ Representing plaintiff in billion-dollar litigation alleging civil and constitutional rights violations by government officials.

◊ Representing plaintiff in a multimillion-dollar antitrust litigation accusing national corporations of Sherman Act violations.

◊ Defending publicly-traded international corporation accused of securities fraud in a multimillion-dollar putative class action under the Securities Exchange Act of 1934.

◊ Defending publicly-traded corporation in a multimillion-dollar breach of contract litigation arising from complex securities share exchange agreement.

◊ Defending corporations in a multimillion-dollar fraud and RICO litigation by nationalized bank of Ukraine.

2



**OUR TEAM**

**DEVIN "VELVEL" FREEDMAN**
Founding Partner

Vel is an experienced litigator known for finding creative solutions to complex problems. His practice focuses on high-risk litigation that includes consumer class actions, international disputes, and cryptocurrency/blockchain lawsuits. Vel's clients value his responsiveness, creative solutions, and ability to achieve successful outcomes while balancing the needs of running a business.

Vel's practice spans a diverse array of disputes across state, federal, and international trial and appellate courts.

At the trial court level, Vel currently serves as lead counsel in five consumer class actions across the country. He is also currently pursuing an over $10B cryptocurrency case on behalf of the estate of David Kleiman and represented a consortium of growers, producers, and patients who sued the State of Florida and its agencies for medical marijuana-related issues. Vel also represents the heirs of a Holocaust survivor seeking to recover a Camille Pissarro masterpiece held by a Spanish-owned museum in one of the only Holocaust-era cases to go to trial.

At the appellate level, Vel has successfully pursued numerous state and federal appeals. This includes acting as lead counsel and making oral argument to win a matter of first impression before the Eleventh Circuit, along with other wins before the Ninth Circuit and Florida's District Courts of Appeal. He recently filed a petition for certiorari to the U.S. Supreme Court.

On the international side, Vel has successfully represented sovereigns and investors in global disputes involving national court litigation, international arbitration, and strategic negotiations, while managing public relations. He recently acted as strategic global counsel to successfully prevent a foreign sovereign from illegally expropriating his client's assets.

Vel is also active in the local legal community, where he serves on the Southern District of Florida's Local Rules Committee. Before attending law school, Vel was ordained as a rabbi.

## RECENT EXPERIENCE

- Defending a charitable foundation against campaign of complex probate and civil litigation
- Successfully defended clients against various State AG and CFPB investigations
- Representing Phillip Morris USA in FL state actions against claims for injuries allegedly caused by smoking cigarettes
- Leading team successfully defending major e-commerce firm in a government investigation
- Coordinating the protection of sovereign assets from execution efforts in multiple international jurisdictions, including the Netherlands, Germany, Belgium, and Turkey
- Defending sovereign from $2B ICSID arbitration claim relating to the alleged expropriation of a telecommunications company
- Representing the Estate of David Kleiman in an over $10 B cryptocurrency claim
- Successfully representing plaintiffs in a shareholder dispute involving complex claims for breaches of fiduciary duties and related breaches of trust
- Litigating the constitutionality of Florida statutes limiting the amount and type of medical marijuana licenses available
- Litigating the FL Department of Health's failure to timely issue medical marijuana licenses
- Litigating and negotiating issues among e-commerce sellers, suppliers, and competitors

## EDUCATION

- **Columbia Law School**, J.D.; James Kent Scholar; Staff Editor, Journal of Tax Law
- **Yeshivah Gedolah Rabbinical College**, B.A., Hebrew Letters (Rabbinical); Rabbinical Ordination (Smicha)

## AWARDS & ASSOCIATIONS

- Daily Business Review's 2019 Professional Excellence award, attorney "On the Rise"
- Achieved highest score on Florida Bar examination, 3rd DCA, July 2012
- The Shul of Bal Harbour, Board of Directors
- Southern District of Florida's Local Rules Committee

## PUBLICATIONS & PRESENTATIONS

- Speaker, Inside 'The Largest Bubble in Human History': The Alleged $1.4T Bitfinex/Tether Cryptocurrency Scam, OffshoreAlert Conference Europe (2019)
- Speaker, American Inns of Court (Spellman-Hoeveler Chapter), Bench & Bar Conference, Legal Technology: How Automation is Changing the Practice of Law (smart contracts) (March 2019)
- Speaker, Heightened Enforcement on Cryptocurrencies and Money Laundering: A 2018 Perspective, The Knowledge Group (2018)
- Speaker, French Masterpiece, German Extortion, Spanish Adverse Possession, and the 9th Circuit, Harvard Law School (2017), Touro University (2018)

## ADMISSIONS

- State courts: Florida, New York, District of Columbia
- U.S. Supreme Court
- U.S. Courts of Appeals: Ninth Circuit, Eleventh Circuit
- U.S. District Courts: Southern, Middle District, and Northern Districts of Florida; Northern District of Illinois; Southern District of New York

## GOVERNMENT SERVICE

- Judicial Intern for the Hon. Nicholas Garaufis, Eastern District of New York

**EDWARD NORMAND**
Founding Partner

Ted has successfully and effectively litigated complex and high-profile commercial disputes for both plaintiffs and defendants in federal and state courts, at both the trial and appellate levels and in several arbitrations. The clients for whom Ted has provided such valuable counsel and representation include Napster, Lloyd's of London, Swiss Re, The SCO Group, IDT, CRP/Extell, AIG, HSBC, Vanguard, ValueAct, Quadrant Capital Advisors, and Partner Reinsurance. Ted also has represented many executives in disputes regarding severance and compensation.

## RECENT EXPERIENCE

- Lead counsel for Quadrant Capital Advisors in litigation re: management and operations of WhistlePig, America's premium rye whiskey company
- Co-lead counsel for ValueAct in the federal government's prosecution of claims under the Hart-Scott-Rodino Act re: its acquisition of shares of Halliburton and Baker Hughes
- Co-lead counsel for AIG in a pending litigation against the federal government re: the propriety of foreign tax credits connected to foreign borrowing transactions
- Co-lead counsel for the SCO Group in litigation against IBM and Novell regarding the copyright ownership over and use of technology from the UNIX operating system in connection with the development of Linux
- Firm's second trial counsel for Lloyd's of London and other London insurers in litigation concerning insurance coverage of the destruction of the World Trade Center
- Representing Napster in its landmark copyright dispute against the Recording Industry Association of America

## EDUCATION & CLERKSHIPS

- **University of Pennsylvania Law School**, J.D.; Editor-in-Chief, Law Review; Assistant to Special Master in U.S. Supreme Court case re: state sovereignty over Ellis Island.
- **College of William & Mary**, A.B., English; Phi Beta Kappa
- Hon. Joseph M. McLaughlin, U.S. Court of Appeals, Second Circuit
- Hon. Marjorie O. Rendell, U.S. District Court: Eastern District of Pennsylvania

## PUBLICATIONS & PRESENTATIONS

- *The Hart-Scott-Rodino Act's First Amendment Problem*, Cornell Law Review (with Scott Gant and Andrew Michaelson) (2017)
- *Damages of Deceit: A Case Study in the Making of American Common Law*, Annual Survey of American Law, 71, 3 (2017)
- *The Supreme Court, EPA and Chevron: The Uncertain Status of Deference to Agency Interpretations of Statutes*, 25 Envtl. L. Rep. News & Analysis (Envtl. L. Inst.) 10,127 (March 1995) (co-authored).

## ADMISSIONS

- State courts: New York
- U.S. Courts of Appeals: Second Circuit, Eighth Circuit, Tenth Circuit
- U.S. District Courts: Southern and Northern Districts of New York, District of Colorado, District of Utah, Northern District of California, Northern District of Illinois, District of Massachusetts

6

**AMOS FRIEDLAND**
Founding Partner

Amos's practice focuses on complex litigation, including antitrust, class action, insurance disputes, transnational, copyright and trademark, art, and fashion. For over a decade, he has litigated high-stakes actions for plaintiffs and defendants throughout the U.S. and internationally.

Amos regularly provides counsel to clients to assist them in assessing litigation risk and implications of sensitive business decisions, often under urgent time constraints. Amos has been named a New York Metro Area Super Lawyers "Rising Star" from 2015-2018.

Amos was previously associated with Boies Schiller Flexner, Quinn Emanuel, and Wiggin and Dana. Before law school, Amos completed a doctorate in philosophy and spent two years teaching at McGill University. After law school, he helped design and teach two-week intensive summer seminars for law students on the Holocaust and contemporary ethical issues for lawyers.

### RECENT EXPERIENCE
- Leading the representation of global reinsurance company PartnerRe in numerous legal and claims disputes (with a special focus on reps and warranties insurance disputes) in venues across the U.S., as well as providing regular general legal and business counsel
- Representing investors in craft whiskey company WhistlePig LLC in a company control dispute in Delaware Chancery Court
- Defending Yves Saint Laurent and Kering in a trademark dispute re: YSL's rebranding
- Defending Barclays in numerous LIBOR-related cases and investigations
- Representing Fox Paine in protracted actions in DE, CA, TX, IL, and NY, in which one court noted the firm's "shark-like persistence and tenacity in litigation"
- Representing Women's World Cup soccer players in a gender discrimination case against FIFA and the Canadian Soccer Association re: the decision to hold 2015 Cup on artificial turf
- Representing appropriation artist Richard Prince in a seminal Fair Use copyright appeal to the Second Circuit Court of Appeals
- Obtained class certification for commercial shippers in price-fixing action against major railroads (reversed on appeal), egg purchasers in price-fixing action against egg producers, and direct purchasers of flexible polyurethane foam in price-fixing action
- Defending Yale University in a transnational dispute over ownership of van Gogh's "*Night Café*" painting, and against the Republic of Peru over ownership of Machu Picchu artifacts

### EDUCATION
- **Yale Law School**, J.D.; Editor, Yale Law and Policy Review; Teaching Assistant for Torts
- **McGill University**, Post-Doctoral, Philosophy; Social Sciences and Humanities Research Council of Canada Post-Doctoral Research Fellow; Adjunct Professor of Philosophy
- **New School for Social Research**, Ph.D., Philosophy; Hans Jonas Award for Best Philosophy Dissertation of the Year
- **McGill University**, B.A., *Honors,* Philosophy; First Class Honors

### ADMISSIONS
- State courts: New York, Connecticut
- U.S. Courts of Appeals: Second Circuit, Ninth Circuit
- U.S. District Courts: Connecticut, Southern District of New York

7

**KYLE ROCHE**
Founding Partner

Kyle is a dynamic strategist with a strong record of representing plaintiffs and defendants in state and federal courts. His unique ability to infuse his technological and economic knowledge into legal strategies has led to $50M+ pre-suit settlements and $100M+ trial victories. On the defense side, Kyle focuses on representing emerging tech companies, CEOs, and venture capitalists. On the plaintiff side, Kyle has architected and led complex class actions and mass arbitrations.

Currently, Kyle is leading a mass arbitration on behalf of parents and their minor children against TikTok for its alleged deceptive use of its platform to cause, in part, what the U.S. Surgeon General has called a mental health crisis. Kyle is also leading an antitrust class action against Wall Street firms Cantor Fitzgerald and BGC arising from their use of non-competes and forfeitures to harm competition. Shortly after he filed this suit, the FTC adopted a nation-wide ban on non-competes.

Kyle has advanced novel legal theories in antitrust and securities litigation that have set precedent in emerging industries. He also has extensive experience at the intersection of cryptocurrency, blockchain and law; he has written extensively and lectured on it at Northwestern and Harvard.

## RECENT EXPERIENCE

- Co-lead trial counsel for David Kleiman estate against Craig Wright. Obtained $143M judgment.
- Lead counsel for hundreds of former Cantor Fitzgerald partners in dispute arising from hundreds of millions in unpaid compensation.
- Lead defense counsel for technology startup in arbitration dispute alleging $25M+ in damages. Obtained final order that resulted in 95% reduction in claimed damages.
- Lead counsel for tens of thousands of parents against TikTok in mass arbitration arising from its deceptive use of its social media platform.
- Member of trial team that successfully defended a pharmaceutical company in a patent dispute concerning the market-leading diabetes drug.
- Lead attorney for co-founder of social-networking company in partnership dispute, resulting in resolution acceptable to all parties.
- Represented venture capitalist in dispute over development and growth of a decentralized blockchain. Developed novel legal theory resulting in a $50M+ pre-suit settlement.

## EDUCATION

- **Northwestern University School of Law, J.D.**; Associate Editor, Northwestern University Law Review; Arlyn Miner Book Award for Excellence in Legal Writing
- **Purdue University, B.S.**, Chemical Engineering

## AWARDS & PUBLICATIONS

- Named a New York Metro Area Super Lawyers "Rising Star" from 2020 through 2024
- Chick Evans Scholarship Recipient
- *Why Bitcoin is Booming*, WSJ, July 10, 2017 (Kyle Roche, John O. McGinnis)
- *Bitcoin: Order without Law in the Digital Age*, 94 Indiana L.J. 1497 (2019) (Kyle Roche, John O. McGinnis)

## ADMISSIONS

- State of New York; U.S. District Court for the Southern and Eastern Districts of New York

## RICHARD CIPOLLA
Partner

Richard has represented numerous institutional and individual clients on a wide range of complex civil litigation, regulatory enforcement, and white-collar defense matters. Leveraging a background in technology and big data analytics, he seeks efficient and effective solutions when representing his clients.

Richard was previously an attorney at Cleary Gottlieb Steen & Hamilton LLP.

### RECENT EXPERIENCE

- Represented foreign financial institutions in defending multi-billion dollar clawback actions related to the bankruptcy of Bernard L. Madoff Investment Securities before federal bankruptcy, district, and appellate courts.
- Represented financial institutions in connection with domestic and foreign government investigations and related civil litigation involving financial benchmarks, including LIBOR and ISDAFIX.
- Achieved a favorable settlement for a fashion label in a licensing dispute with a supplier.
- Argued before the Seventh Circuit Court of Appeals as part of Northwestern Pritzker School of Law's Federal Appellate Clinic.
- Drafter of amicus brief to Supreme Court in *Kokesh v SEC* on behalf of an organization representing the private investment industry.
- Conducted an internal investigation on behalf of a technology company facing an SEC inquiry, favorably resolving the matter without government action.
- Advised one of Canada's largest software companies in connection with a data breach.
- Represented multi-national supplier in large multidistrict litigation and other proceedings arising from the "Dieselgate" scandal
- Defended freight forwarding company in antitrust class action suit.
- Advised a registered investment advisor regarding remediation following SEC OCIE examination.
- Drafted brief for pro bono client's criminal appeal in state court.

### EDUCATION

- **Northwestern University School of Law**, *J.D. magna cum laude; Order of the Coif; Articles Editor, Northwestern Law Review 2016*
- **Boston University**, B.A. in Economics; B.A. in Philosophy 2011

### ADMISSIONS

- State courts: New York, Massachusetts
- U.S. District Courts: Southern and Eastern Districts of New York

### CLERKSHIPS

Hon. Victor Marrero, U.S. District Court: Southern District of New York

## JOSEPH DELICH
Partner

Joe has advised clients on matters ranging from commercial contract disputes and securities litigation to internal investigations, regulatory and criminal defense, and compliance with anti-money laundering and sanctions laws. Joe has extensive experience handling complex matters requiring innovative solutions and is always integrating new technology into his practice to achieve better client outcomes. An expert on North Korean financing networks and front companies, he has a talent for leveraging open-source research and graph databases to uncover information, then deploying it strategically. Maintaining an active pro bono practice, Joe received the Legal Aid Society's Pro Bono Public Award for his work on the "public charge rule," worked extensively on the District of Maryland and Fourth Circuit Travel Ban litigation, and represented children in removal proceedings. Joe was previously an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP

### RECENT EXPERIENCE

- Appointed lead counsel in CEA, antitrust, and RICO class action based on cryptocurrency market manipulation that resulted in one of the largest asset bubbles in history.
- Advised several financial institutions on BSA, AML, and sanctions compliance with an emphasis on identifying North Korean financing networks. Assisted with supervisory exam responses, remediation efforts, and responding to state and federal regulatory inquiries.
- Lead drafter of U.S. Supreme Court amicus brief in *Trump v. Hawaii* for named plaintiffs.
- Represented venture capital fund advisor in connection with SEC subpoenas and successfully negotiated resolution making presentation to Enforcement Staff.
- Successfully represented individual plaintiff in federal securities litigation.
- Obtained court-approved settlement for a public company in federal securities class action.
- Conducted internal investigations on behalf of (1) a financial institution in connection with an ongoing consent order (2) a professional sports team in connection with a public controversy.
- Represented REIT management company in New York state court contract dispute.
- Obtained Special Immigrant Juvenile Status for two children in removal proceedings.

### EDUCATION & CLERKSHIPS

- **Northwestern Univ. School of Law**, J.D. *magna cum laude*; Order of the Coif; Law Review - Associate Editor; Senior Research Honors; Clinical Legal Education Ass'n Award for Outstanding Clinical Student
- **University of Nebraska - Lincoln**, B.A., English, Minor in Mathematics
- Hon. Leslie H. Southwick, U.S. Court of Appeals, Fifth Circuit

### PUBLICATIONS, PRESENTATIONS & AWARDS

- *Ensuring Insurance: Adequate and Appropriate Coverage for* Brady *Claims in Illinois*, 110 Northwestern University Law Review 223
- 2018 Legal Aid Society Pro Bono Publico Award

### ADMISSIONS

- State courts: New York

**JORDANA HAVIV**
Partner

Jordana is an experienced litigator with expertise in complex commercial, white-collar, employment, and securities litigation; internal investigations; and international arbitration. She has counseled and represented clients, on both the plaintiff and defense side, in sectors ranging from financial services to media and entertainment to education in a wide variety of matters in both federal and state court.

Prior to joining the Firm, Jordana was a litigator at Paul, Weiss, Rifkind, Wharton & Garrison LLP.

## RECENT EXPERIENCE

- Representing insurers responding to claims under representations and warranties policies issued in connection with merger and acquisition transactions.
- Represented Columbia University in a variety of Title IX matters, including obtaining dismissal of a lawsuit brought by a student alleging violation of Title IX and other claims arising out of alleged defamation and harassment of plaintiff by another student.
- Counsel for the NFL in its landmark concussion litigation class action settlement and related cases.
- Counsel for global corporation in arbitration of contract dispute before the International Chamber of Commerce.
- Designed sexual harassment prevention training for senior corporate executives.
- Counsel and advise corporate clients regarding the enforcement of non-compete, non-solicitation and non-disclosure agreements.
- Pro bono representation of death penalty client in habeas proceedings in Texas District Court and before the Fifth Circuit.
- Pro bono representation of transgender asylum client in appeals to the Board of Immigration Appeals and the Second Circuit.
- Successfully obtained asylum for pro bono client and her two minor children who had experienced gang-related violence in Honduras.

## EDUCATION

- **New York University School of Law**, J.D., *cum laude*
- **Amherst College**, B.A., *cum laude* in Law, Jurisprudence, and Social Thought

## ADMISSIONS

- State courts: New York
- U.S. Courts of Appeals: Second Circuit, Fifth Circuit
- U.S. District Courts: Eastern and Southern Districts of New York

## CLERKSHIPS

- Hon. Victor Marrero, U.S. District Court: Southern District of New York

## ALEX POTTER
Partner

Alex is a trial and appellate litigator with broad experience in high-stakes commercial litigation and arbitration. Whether taking or defending depositions, appearing in court, or briefing novel legal issues, Alex brings critical analysis and strategic perspective to achieve results.

Alex has litigated several hundred million dollar cases from inception through trial before AAA and ICC tribunals and in federal and state courts, often involving complex issues of foreign law. He has also assisted in U.S. Supreme Court briefing, on behalf of parties and *amici curiae*.

Prior to joining the Firm, Alex was a litigator at Boies Schiller Flexner LLP.

### RECENT EXPERIENCE

- Member of the trial team representing plaintiffs for breach of a multi-billion-dollar power purchase agreement before the ICC in Paris, including presenting expert testimony and briefing on issues of West African and Cayman Islands corporate and contract law.
- Member of the trial team representing a multinational pharmaceutical corporation on patent infringement claims to protect its flagship product in federal Hatch-Waxman litigation after defeating summary judgment on issues of German contract and patent licensing law.
- Principal drafter of an amicus brief before the U.S. Supreme Court at the intersection of family and constitutional law on behalf of more than a dozen women's advocacy organizations, which Justice Gorsuch cited multiple times.
- Achieved dismissal of claims for breach of fiduciary duty in Delaware Chancery Court on behalf of the corporate directors of a multinational media corporation.
- Achieved settlement on behalf of plaintiffs for breach of contract arising from the acquisition of an NFL franchise.
- Member of the trial team representing a multinational pharmaceutical corporation in an AAA arbitration arising from the breach of a co-promotion agreement.
- Achieved settlement on behalf of the former CEO of an online dating website in a putative consumer class action arising from a cybersecurity breach.
- Successfully defended a multinational medical device corporation against counterfeit trafficking claims at the intersection of FDA regulation, product liability, and criminal law.
- Defeated a contempt motion in post-judgment litigation involving a high net-worth divorce.

### EDUCATION

- **University of Pennsylvania Law School**, J.D., *cum laude*; Senior Editor, University of Pennsylvania Law Review; Levy Scholar; Supreme Court Clinic
- **Perelman School of Medicine at the University of Pennsylvania**, Master of Bioethics
- **Whitman College**, B.A., *magna cum laude*, Politics; Phi Beta Kappa

### ADMISSIONS

- State courts: New York

### CLERKSHIPS

Hon. Thomas N. O'Neill Jr., U.S. District Court: Eastern District of Pennsylvania

**COLLEEN SMERYAGE**
Partner

Colleen is an experienced trial and appellate attorney whose practice focuses on complex commercial litigation and arbitration. Colleen regularly obtains favorable outcomes for clients in high-stakes litigation involving commercial transactions, securities, international terrorism, trade secrets, and insurance law. Her journalism background and written advocacy skills have enabled her to successfully mount and defend appeals in state and federal courts across the U.S.

Colleen has extensive courtroom experience, having served as trial counsel in bench and jury trials. Most recently, she served as trial counsel in a high-profile four-week trial where she examined numerous fact and expert witnesses and presented extensive oral argument. Previously, she served as trial counsel in a two-week federal jury trial culminating in a complete defense verdict for her client. She has also achieved favorable jury verdicts as plaintiff's counsel, including in a federal court action arising from a coordinated cyberattack and a state court action premised on civil theft.

Prior to law school, Colleen worked in the oil and gas industry in Texas and the Middle East.

## RECENT EXPERIENCE

- Represented victims of international terrorism in collection efforts to satisfy $2.9B judgment, including extensive litigation over funds blocked pursuant to OFAC regulations
- Represented victims of U.S.S. Cole bombing against Republic of Sudan in federal and appellate courts, ending in a historic settlement under the Terrorism Risk Insurance Act
- Represented high-profile client in complex probate and guardianship proceedings, including role as trial counsel in 19-day bench trial
- Represented Florida's largest physician group against numerous insurers in a complex dispute regarding reimbursement rates
- Represented credit card processor in cyberattack litigation, culminating in a successful jury verdict in federal court
- Represented bankruptcy trustees in pursuing significant insurance proceeds in action related to the collapse of prominent Ponzi scheme
- Represented broker in fraud and unfair trade practices act case, including as trial counsel in a two-week federal jury trial
- Represented security and automation company in defending Lanham Act claims premised on alleged false advertising and unfair competition
- Represented Brendan Dassey, subject of *Making a Murderer* documentary, as member of Northwestern Pritzker School of Law's wrongful convictions clinic

## EDUCATION

- **Northwestern Univ. School of Law**, J.D. *cum laude*; Journal of Int'l Law and Business
- **Northwestern Univ, Medill School of Journalism**, B.A. *magna cum laude*; Mortar Board Senior Honor Society; Kappa Tau Alpha Journalism Honor Society

## ADMISSIONS

- State courts: Florida, Illinois
- U.S. Court of Appeals: Eleventh Circuit
- U.S. District Court: Southern District of Florida

13

## LAWRENCE M. KAYE
Senior Counsel

Larry represents a wide range of domestic and international clients in complex litigations and commercial transactions. Among Larry's accomplishments, he notably represented foreign governments, victims of the Holocaust, families of renowned artists and other claimants in the recovery of art and antiquities.

### RECENT EXPERIENCE

- Lead attorney in the landmark case of *Federal Republic of Germany v. Elicofon*, recovering two early masterpieces by Albrecht Durer, stolen at the end of WWII, and returning them to the Weimar Art Museum.
- Represented financial institutions in connection with domestic and foreign government investigations and related civil litigation involving financial benchmarks, including LIBOR and ISDAFIX.
- Represented the Republic of Turkey in its efforts to recover the fabled Lydian Hoard antiquities, long held by the Metropolitan Museum of Art, and some 1,800 ancient Greek and Lycian coins which Connoisseur Magazine called "The Hoard of the Century" and many other repatriations
- Represented Marei von Saher, the sole heir of the noted Dutch dealer and collector, Jacques Goudstikker, in connection with the restitution of Nazi looted art works from the Dutch Government and numerous museums and collections throughout the world.
- Represented the estate of art collector Frances Lasker Brody in the historic sale of its collection at Christie's, including the $106.5M sale of Pablo Picasso's Nude, Green Leaves and Bust, a then record price for a work of art at auction.
- Represented Leon D. Black, co-founder of Apollo Global Management, in an international dispute over the ownership of Pablo Picasso's "Bust of a Woman" plaster sculpture
- Represented Neue Galerie New York in its historic acquisition of Gustav Klimt's painting Portrait of Adele Bloch-Bauer I, also known as The Woman in Gold, at the time reported to be the most valuable painting ever sold.

### EDUCATION
- **St. John's University School of Law**, J.D.; Editor, Journal of Int'l Business Law
- **University of North Carolina**

### ADMISSIONS
- State courts: New York
- U.S. District Courts: Southern and Eastern Districts of New York; District of Columbia
- U.S. Court of Appeals: Second Circuit, D.C. Circuit
- U.S. Supreme Court

### AWARDS
- *The Best Lawyers in America – Art Law* (2022, 2024)
- *The Best Lawyers in America – Lawyer of the Year, Art Law, New York City* (2022)

## HOWARD SPIEGLER
Senior Counsel

Howard has been involved in several of the best-known and most important litigations brought on behalf of foreign governments and heirs of Holocaust victims and others to recover stolen artwork or other cultural property.

### RECENT EXPERIENCE

- Represented the Estate of Lea Bondi Jaray to recover a Schiele painting confiscated by a Nazi agent in Austria in the late 1930's.
- Represented famous Jewish art dealer Jacques Goudstikker of 200 Nazi-looted artworks from the Dutch Government and the recoveries on behalf of the Republic of Turkey of numerous valuable antiquities.
- Represented the heirs of Kazimir Malevich, the world-renowned 20th Century Russian artist, to recover Malevich artworks from the City of Amsterdam in the Netherlands

### EDUCATION
- **Columbia Law School**, J.D.
- **University of Pennsylvania**

### ADMISSIONS
- State courts: New York
- U.S. District Court: Southern and Eastern Districts of New York; District of Columbia
- U.S. Court of Appeals: Second Circuit, D.C. Circuit
- U.S. Supreme Court

### AWARDS
- *The Best Lawyers in America – Art Law* (2021)
- *Award of Lifetime Achievement in the Defense of Art from the Association for Research into Crimes Against Art* (2010)

15

**KATE AUFSES**
Counsel

Kate's practice focuses on art law, particularly representing claimants seeking restitution of art misappropriated during the Holocaust.

Prior to joining the firm, Kate served as Associate General Counsel to the New York City Department of Cultural Affairs. In this role, Kate represented the City in contract negotiations with arts and culture organizations regarding funding for programming, capital projects, public art, and a wide variety of other transactions. Kate counseled organizations on the legal requirements associated with obtaining City funding, and she advised agency staff on ethics, conflicts of interest, non-profit governance, labor and employment, and compliance issues. Kate conducted internal investigations and coordinated with the New York City Law Department concerning litigation involving the Department of Cultural Affairs.

Prior to joining the city government, Kate was a litigator at two New York law firms, Hughes Hubbard & Reed LLP and Bernstein Litowitz Berger & Grossmann LLP. During law school, Kate served as a judicial intern in the chambers of the Honorable Jack B. Weinstein in the U.S. District Court for the Eastern District of New York.

**RECENT EXPERIENCE**

- Representing plaintiffs in federal and state litigations to recover artwork lost because of Nazi persecution.
- Representing clients in multi-million dollar commercial transactions involving art.
- Represented individual and family foundation in connection with the acquisition of 1,400 Dutch Mannerist prints by the Art Institute of Chicago.
- Representing the sole heir of the Dutch dealer and collector, Jacques Goudstikker, in connection with the restitution of Nazi looted artworks from museums and private collections throughout the world.
- Represented private collector in loan of artwork to Fondation Louis Vuitton retrospective dedicated to Mark Rothko.
- Represented artist estate in sale and loan of artwork to the Metropolitan Museum of Art.
- Represented private collector in consignment and sale of rare historical document.

**EDUCATION**

- **University of Michigan Law School**, J.D.
- **University of Cambridge**, M.Phil., History of Art; M.Phil. American Literature
- **Kenyon College**, B.A.

**ADMISSIONS**

- State courts: New York

16

## RICHARD LAFONT
Counsel

Richard's practice focuses on complex commercial litigation, focusing on banking, fintech, real estate, securities fraud, bankruptcy, and business torts.

Richard has litigated for over a decade in federal and state courts, both at the trial and appellate levels. He has also represented clients in all major alternative dispute resolution forums. Richard is particularly adept at navigating and identifying the nuances of litigating in New York's federal and state courts. He is currently representing a fund manager defending against allegations of gross negligence and misconduct in a JAMS arbitration and is representing a major apparel company against a competitor's allegations of unfair competition and misappropriation of trade secrets. Clients seek Richard's advice to resolve disputes pre-litigation and for creative, outside-the-box thinking when litigation is necessary.

### RECENT EXPERIENCE
- Represented major commercial banks in adversary proceedings and plan disputes in the Adelphia, AHERF and Loewen Group bankruptcies.
- Achieved a directed verdict at trial in the N.Y. Commercial Division on behalf of an elite health and fitness company over a claim for a real estate broker's fee in connection with obtaining a lease for the famed "Vertical Club" site.
- Principal drafter of briefs before the N.Y. Court of Appeals on behalf of a company seeking the turnover of its files from a major international law firm establishing the "entire file" rule in New York.
- Achieved summary judgment in U.S. District Court for a group of funds against a Swiss gaming company that reneged on purchasing "junk bonds" issued by its U.S. subsidiary.
- Defended merchant cash advance company in criminal forfeiture action in U.S. District Court resulting in client receiving payment in full.
- Member of two-person bench trial team in U.S. District Court resulting in a multi-million-dollar award to manufacturer of power generators against its liability insurer based upon the catastrophic failure of one its generators at the World Financial Center complex.
- Achieved dismissal of tort claims alleged in a N.Y. state court action against the principals of a steel importer by a foreign steel manufacturer seeking to enforce a judgment against the principals.
- Achieved dismissal of the bulk of claims made in U.S. District Court by a finder against a commercial finance company resulting in an advantageous settlement.

### EDUCATION
- **University of Pennsylvania Law School**, J.D.; Editor, Journal of Int'l Business Law
- **Harvard University**, A.B., American History

### ADMISSIONS
- State courts: New York, New Jersey
- U.S. District Court: Southern, Eastern, Western, and Northern Districts of New York; District of New Jersey
- U.S. Court of Appeals: Second Circuit

**IVY T. NGO**
**Counsel**

Ivy is an experienced complex civil litigator whose practice focuses on securities fraud, privacy, data breach, and antitrust class actions. She is a creative and collaborative problem-solver with a proven track record of recovering hundreds of millions of dollars on behalf of clients.

At FNF, she served as co-lead counsel in *Lowry v. RTI Surgical Holdings, Inc.* and recovered $10.5M, which represented ~30% of plaintiffs' estimated damages – over 3x the typical recovery in securities fraud class actions. She also served as co-lead counsel in *Hartel v. Geo Group, Inc.* (S.D. FL) ($3M) and co-counsel in *Lundy v. Facebook, Inc.* (N.D. Cal.) ($37.5M).

Before joining FNF, Ivy successfully prosecuted numerous securities fraud class actions at a national complex litigation firm. Those cases include *In re Cardinal Health, Inc. Sec. Litig.* ($600M); *Jones v. Pfizer Inc.* ($400M); *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co.* ($388M); *In re HealthSouth Corp. Sec. Litig.* ($209M); *Silverman v. Motorola, Inc.* ($200M); *In re MGM Mirage Sec. Litig.* ($75M); *Massachusetts Bricklayers and Masons Trust Funds v. Deutsche Alt-A Sec. Inc.* ($32.5M); *City of Ann Arbor Employees' Retirement System v. Citigroup Mortgage Loan Trust Inc.* ($25M); *In re Genworth Fin., Inc. Sec. Litig.* ($20M); and *Shankar v. Imperva, Inc.* ($19M). Ivy was also a member of the team which obtained certification in: *Silverman v. Motorola, Inc.*, No. 07 C 4507, 259 F.R.D. 163 (N.D. Ill. 2009); *Mary K. Jones v. Pfizer Inc.*, No. 1:10-cv-03864-AKH, (S.D.N.Y. 2012); *In re Genworth Fin., Inc. Sec. Litig.*, No. 1:14-cv-02392-AKH, Doc. 118 (S.D.N.Y. 2014); and *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co.*, No. 1:09-cv-0371-JPO, 301 F.R.D. 116 (S.D.N.Y. 2014).

In recognition of her work in securities and class action litigation, *Super Lawyers Magazine* named Ivy a Rising Star for 2015-2018 and a Super Lawyer for 2019.

**RECENT EXPERIENCE**

- Lead counsel in the following ongoing securities fraud class actions: *In re Qutoutiao Inc. Sec. Litig.* (S.D.N.Y.), *In re Qiwi plc Sec. Litig.* (E.D.N.Y.), and *D'Arcy v. Sequential Brands Grp., Inc. et al.* (S.D.N.Y.).
- Co-Lead Counsel the following ongoing securities fraud class actions: *Pasquinelli et al. v. HUMBL, LLC* (D. DE) and *In re CorMedix Inc. Sec. Litig.* (D. N.J.).

**EDUCATION**

- **Rutgers University School of Law - Camden**, J.D. (2006)
- **University of California, Los Angeles**, B.A. (2003)

**ADMISSIONS**

- State courts: California, Colorado, District of Columbia
- U.S. Courts of Appeals: Second Circuit, Ninth Circuit
- U.S. District Courts: Northern, Central, Eastern and Southern Districts of California; District of Colorado; District of Maryland; Northern District of Illinois
- U.S. Patent and Trademark Office

18

**YAEL WEITZ**
Counsel

Yaél advises clients in a wide range of art and cultural property matters. She has broad experience with complex commercial art transactions, including auction and private sales, purchases, consignments and loans. Yaél counsels clients on a variety of art matters relating to title, authenticity, provenance, and others. She has represented claimants in actions seeking restitution of art misappropriated during the Holocaust and in the recovery of looted or stolen cultural patrimony.

Yaél was named a Super Lawyers "Rising Star" in 2024 and has been ranked by Chambers High Net Worth in Art and Cultural Property Law since 2023.

## RECENT EXPERIENCE

- Representing plaintiffs in federal and state litigations to recover artwork lost because of Nazi persecution.
- Representing clients in multi-million dollar commercial transactions involving art.
- Represented individual and family foundation in connection with the acquisition of 1,400 Dutch Mannerist prints by the Art Institute of Chicago.
- Representing the sole heir of the Dutch dealer and collector, Jacques Goudstikker, in connection with the restitution of Nazi looted artworks from museums and private collections throughout the world.
- Represented private collector in loan of artwork to Fondation Louis Vuitton retrospective dedicated to Mark Rothko.
- Represented artist estate in sale and loan of artwork to the Metropolitan Museum of Art.
- Represented private collector in consignment and sale of rare historical document.

## EDUCATION

- **Benjamin N. Cardozo School of Law**, J.D.
- **Binghampton University,** B.A**.**

## ADMISSIONS

- State courts: New York, New Jersey
- U.S. District Court: Southern and Eastern Districts of New York; District of Columbia
- U.S. Court of Appeals: Second Circuit

**PETER BACH-Y-RITA**
Associate

Peter is an experienced and creative lawyer whose practice focuses on representing clients in complex commercial disputes, including crypto-asset, contract, shareholder, and insolvency matters.

## RECENT EXPERIENCE

- Representing a crypto-asset investment company seeking to enforce its profit-sharing agreement with a large online lending platform.
- Counsel for individual crypto-asset investor in criminal and civil proceedings stemming from software bug on the blockchain.
- Representing a private investor in a securities fraud arbitration against a blockchain identity verification startup.
- Representing a bondholder in fraudulent transfer and unlawful distribution actions against the owners of a Spanish-language media company.
- Defending a large national retailer in a sex discrimination class action involving over one million alleged class members.
- Representing law firms in cases filed by the bankruptcy estates of other defunct law firms seeking to claw back fees from unfinished business of their former partners.
- Member of the plaintiff's trial team in the historic 2008 lawsuit successfully challenging the Constitutionality of California's ban on same-sex marriage.

## EDUCATION

- **Stanford Law School**, J.D.
- **Massachusetts Institute of Technology**, Ph.D., Philosophy
- **Princeton University**, A.B., Philosophy

## PUBLICATIONS & PRESENTATIONS

- *The Causal Mechanism Theory of Legal Causation*, Ratio Juris 34 (1):57-73 (2021)
- *Why the Assignability of Intellectual Property Licenses in Bankruptcy Might Not be Settled After All*, ABI Law Review, 25:315-326 (2017)

## ADMISSIONS

- State courts: California
- U.S. Courts of Appeals: Second Circuit, Ninth Circuit
- U.S. District Courts: Northern and Central Districts of California; Northern District of Illinois

**RILEY CLAFTON**
Associate

Riley is a litigator with experience representing individuals, professional firms, and corporations in a broad array of matters at both the trial and appellate levels in federal and state courts, as well as arbitration proceedings.

Prior to joining FNF, Riley was a litigator at Williams & Connolly and clerked for the Honorable Richard C. Tallman, U.S. Court of Appeals for the Ninth Circuit.

## RECENT EXPERIENCE

Riley's experiences include representations of plaintiffs and defendants in antitrust actions, the defense of a Big Four accounting firm in an accounting malpractice action, the defense and prosecution of complex commercial matters, appellate advocacy, and pro bono representations.

## EDUCATION

- **Northwestern University Pritzker School of Law**, J.D.; *magna cum laude*, Order of the Coif, Lowden Wigmore Prize, Legal Profession Graduation Award, Senior Research Honors in Constitutional Criminal Procedure (2020)

- **University of Miami**, Bachelor of Arts in English, Political Science, and Spanish, *summa cum laude*; Phi Beta Kappa, da Vinci Scholar (2017)

## ADMISSIONS

- State courts: New York, District of Columbia, Illinois, Idaho
- U.S. District Court: District of Columbia
- U.S. Court of Appeals: Ninth Circuit

## PUBLICATIONS & PRESENTATIONS

- Riley E. Clafton, *A Material Change to* Brady*: Rethinking* Brady v. Maryland*, Materiality, and Criminal Discovery*, 110.2 J. Crim. L. & Criminology (2020)

- Tonja Jacobi & Riley E. Clafton, *The Law of Disposable Children: Searches in Schools*, 13 U.C Irvine L. Rev. 205 (2022)

- Tonja Jacobi & Riley E. Clafton, *The Law of Disposable Children: Discipline in Schools*, 2023 U. Ill. L. Rev. 1123 (2023)

- Tonja Jacobi & Riley E. Clafton, *The Law of Disposable Children: Interrogation in Schools*, 75 Ala. L. Rev. 291 (2023)

## CLERKSHIPS

- Hon. Richard C. Tallman*, U.S. Court of Appeals, Ninth Circuit

**ROBERT T. DUNLAP**
Associate

Robert is an experienced litigator whose practice focuses on complex, high-stakes disputes, including cross-border international investigations, litigation, and arbitration. He has extensive experience managing cases in pre-suit investigations, litigation, and arbitration.

Clients value Robert for his absolute dedication to remaining focused on the creative solutions they need to succeed. He offers proven abilities in case analysis, management, and resolution – including the quick identification of the optimal path to success with creative arguments, often under pressure, to offer the strongest potential to win or further the client's objectives.

Prior to joining the Firm, Robert was a litigator at the law firm of Black Srebnick.

## RECENT EXPERIENCE

- Defending a Czech software technology company and a Finnish entrepreneur in a trade-secrets litigation brought by a U.S. software provider. Successfully asserted antitrust counterclaim and obtained settlement.
- Representing a South African technology services company in an international arbitration under ICDR Rules arising out of the purchase of defective products and fraudulent representations.
- Representing a Taiwanese manufacturer in claims against a U.S. distributor for breach of contract and fraudulent misrepresentation.
- Successfully defending a stockholder in a dispute regarding ownership of shares in a closely held spacecraft manufacturer. Obtained dismissal of the case and settlement.
- Representing an inventor in a trade secrets misappropriation case against a global entertainment company.
- Successfully representing leading U.S. manufacturer of aftermarket wheels in false advertising and unfair competition actions.
- Assisted in defending the chair and former CEO of Marvel Entertainment in defamation action. Obtained summary judgment and dismissal of all of plaintiff's claims.
- Representing a celebrity chef in the enforcement of foreign judgment actions.

## EDUCATION

- **Boston College Law School,** J.D.; Clough Center Public Interest Law Scholar
- **Duke University,** B.A., English

## ADMISSIONS

- State courts: Florida, Massachusetts
- U.S. District Courts: Southern District of Florida, District of Massachusetts

## CLERKSHIP

- James Lawrence King, U.S. District Court: Southern District of Florida

22

**KATHARINE "KATIE" FRIEL**
Associate

Katie represents numerous institutional and individual clients on a wide range of complex litigation matters involving commercial contracts, government investigations, consumer class actions, antitrust, and white-collar defense matters. Prior to joining the firm, Katie served as a Fellow in the Democracy Program at the Brennan Center for Justice, focusing on voting rights and elections.

## RECENT EXPERIENCE

- Representing a putative class of consumers in an antitrust lawsuit
- Counseling clients in connection with SEC and DOJ investigations
- Representing beverage company executives in a post-acquisition contractual dispute
- Representing insurer responding to claims under representations and warranties policy issued in connection with a merger and acquisition transaction
- Representing a pro bono client asserting violations of his Fourth and Fourteenth Amendment rights by a police officer's unlawful arrest and use of excessive force in connection with the ACLU's Justice Lab initiative

## EDUCATION

- **Columbia Law School**, J.D.; Hamilton Fellow
- **University of Virginia**, B.A., Philosophy Distinguished Majors Program *with highest honors*; B.J. Diggs Award for Best Undergraduate Philosophy Thesis

## ADMISSIONS

- State courts: New York

**STEPHEN LAGOS**
Associate

Stephen focuses on complex commercial litigation. He represents plaintiffs and defendants in connection with a range of significant matters, including antitrust and qui tam actions, contract disputes, and corporate governance disputes. Before becoming an attorney, Stephen was an analyst at the Brattle Group, where he developed economic, financial, and mathematical models used to support expert testimony in litigation and regulatory matters.

## RECENT EXPERIENCE

- Representing junior creditors alleging that a Chapter 11 debtor engaged in a fraudulent transfer while restructuring its senior debt
- Representing a putative class of consumers and insurers alleging, among other things, that a major drug company violated antitrust laws while settling a patent dispute with a generic drug manufacturer
- Representing the estate of David Kleiman in an action to recover stolen bitcoins and blockchain-related intellectual property rights from the self-described creator of Bitcoin

## EDUCATION

- **Cornell Law School**, J.D., *magna cum laude*; Order of the Coif; Articles Editor, *Cornell Law Review*; Harry G. Henn Prize in Corporations; CALI Awards in Contracts, Business Organizations, and Litigation Drafting; Myron Taylor Scholar
- **Colorado College**, B.A., Economics

## ADMISSIONS

- State courts: New York

**NIRAJ THAKKER**
Associate

Niraj is an experienced litigator whose practice focuses on complex commercial litigation. He represents plaintiffs and defendants in federal courts in connection with a wide range of subject matters.

Prior to joining the firm, Niraj clerked in the U.S. District Court for the Northern District of Florida and practiced patent litigation and patent prosecution at another leading law firm.

## RECENT EXPERIENCE

- Defending various class action claims pending before both federal courts and arbitration panels
- Prosecuting securities class actions against publicly traded companies and cryptocurrency issuers
- Representing major companies in enforcing their patent rights at the International Trade Commission
- Pro bono representation of a minor immigrant seeking asylum
- Pro bono representation of a defendant in a criminal case

## EDUCATION

- **University of Florida Levin College of Law**, J.D., *magna cum laude*; *Order of Coif*; Executive Notes and Comments Editor, Florida Law Review; Book Awards in Patent Law, Intellectual Property Litigation, and Patent Prosecution
- **Florida State University**, B.S., Mechanical Engineering

## PUBLICATIONS & PRESENTATIONS

- Niraj H. Thakker, *Undue Burden With a Bite: Shielding Reproductive Rights From the Jaws of Politics*, 28 U. Fla. J.L. & Pub. Pol'y 431 (2017)

## ADMISSIONS

- State courts: Florida

## CLERKSHIP

- Hon. Mark E. Walker, U.S. District Court: Northern District of Florida

25

**THOMAS TRABUE**
Associate

Thomas a federal and state court litigator whose practice focuses on complex commercial litigation. Thomas also serves as a lawyer and an officer in the U.S. Army Reserve.

Thomas has over a decade of law enforcement experience, most recently serving as a police officer in South Florida. He has experience as a Sergeant, a SWAT Team Operator, and is also a certified Drug Recognition Expert (DRE). Thomas brings that experience and diligence to bear when investigating and working cases up.

Prior to joining the firm, Thomas worked for the Broward County State Attorney's Office, where he prosecuted multiple jury and non-jury trials. He was also a judicial intern for the Honorable Jose E. Martinez of the U.S. District Court for the Southern District of Florida.

## RECENT EXPERIENCE

- Representing various lead plaintiffs in securities class actions alleging fraud claims against publicly traded companies.
- Defending companies from various class action claims pending before the federal courts and an arbitration panel
- Representing a putative class in a major antitrust lawsuit against the nation's top-16 universities
- Pursuing trade secret misappropriation claims against a multinational conglomerate over its wrongful taking of its former partner's designs.

## EDUCATION

- **Florida International University College of Law**, J.D.; *magna cum laude*, graduated top five in class; Senior Staff Member, FIU Law Review; Research Assistant for Antitrust and Intellectual Property Law; Book Awards in Research and Writing I and II, Antitrust Law, Constitutional Law, and Property Law
- **Florida Atlantic University**, B.A., Public Safety Administration, *magna cum laude*
- **The Judge Advocate General's Legal Center and School**, U.S. Army's Judge Advocate Officer Basic Course

## ADMISSIONS

- State courts: Florida
- U.S. District Court: Southern District of Florida

## AWARDS & ASSOCIATIONS

- Recipient of the Florida International University Alumni "5 Under 35" award for 2023

**LILY WESTERGAARD**
Associate

Lily focuses on class action and mass torts disputes, contractual litigation, corporate and government investigations, administrative actions, professional liability, and state and federal appellate practice.

## RECENT EXPERIENCE

- Defending and prosecuting various consumer class action claims pending before federal courts.
- Defending and prosecuting complex commercial litigation claims before federal courts and arbitral panels.
- Representing a putative class of data breach victims.
- Pursuing trade secret misappropriation claims against aerospace technologies company.
- Prosecuting defamation claims against a multinational news media organization.
- Conducted internal investigations, including on behalf of New York Metropolitan Transit Authority.
- Significant pro bono experience including filing amicus brief in voting rights appellate action, securing injunction to provide kosher food to incarcerated person, and representing client asserting violations of constitutional rights by law enforcement.

## EDUCATION

- **Columbia Law School**, J.D.; Editor, Journal of Gender and Law
- **Georgetown University**, B.A., Government

## ADMISSIONS

- State courts: New York