**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>     v.<br><br>YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., and COHNREZNICK LLP,<br><br>      Defendants. | Case No.: 1:21-cv-07296<br><br><br>CLASS ACTION<br><br>Honorable J. Paul Oetken<br><br>**DECLARATION OF IVY T. NGO FILED ON BEHALF OF FREEDMAN NORMAND FRIEDLAND LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES** |

I, Ivy T. Ngo, an attorney for Lead Plaintiff, declares as follows:

1.      I am a member in good standing of the bars of California, Colorado, and the District of Columbia and counsel in the firm of Freedman Normand Friedland LLP ("FNF" or the "Firm"). I am submitting this declaration in support of the application for an award of attorneys' fees, expenses and charges ("expenses") in connection with services rendered in the above-entitled action (the "Litigation").

2.      FNF is counsel of record for Lead Plaintiff CJD Finance Company, LLC ("Plaintiff") and the Class herein.

3.      The information in this declaration regarding the Firm's time and expenses comes from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the attorney who oversaw and/or conducted the day-to-day activities in this Litigation, and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the Litigation. Based on this review and the adjustments made, I believe the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the Litigation.

4.      After the adjustments referred to above, the number of hours spent on the Litigation by the Firm is 1,948.7. A breakdown of the lodestar is in the attached Exhibit A. The lodestar amount for employee time based on the Firm's current rates is $1,449,416.50. The hourly rates shown in Exhibit A are the Firm's current rates in cases set by it for each employee. These hourly rates are consistent with hourly rates submitted by the Firm to clients and to courts as part of fee submissions. The Firm's rates are set based on periodic analysis of rates it charges for performing comparable

plaintiff and defense side work. For personnel who are no longer employed by the Firm, the "current rate" used for the lodestar calculation is based upon the rate for that person in his or her final year of employment with the Firm.

5.      The Firm seeks an award of $38,927.19 in expenses and charges in connection with the prosecution of the Litigation. A summary by category of those expenses and charges are in the attached Exhibit B.

6.      The following is additional information regarding certain of these expenses:

a.      Filing and Other Fees: $3,612.65. These expenses were filing fees paid to the Court or service fees paid to attorney service firms who served process of the complaint.

b.      Transportation, Hotels & Meals: $1,932.64. In connection with the prosecution of this case, the Firm paid for travel expenses to mediate in-person in New York where most counsel for the parties resided.

c.      Experts/Consultants: $16,049.00.

i.      Crowninshield Financial Research, Inc. ("Crowninshield"): $8,889.00. Crowninshield is a financial economics consulting firm which FNF retained to provide preliminary damages and loss causation analyses for the three alleged corrective disclosures and to assist with the Plan of Allocation.

ii.     Arcadia Consulting, LLC ("Arcadia"): $7,160.00. Arcadia is a forensic accounting consulting firm which FNF retained to provide preliminary analyses interpreting and applying the relevant accounting and auditing standards.

d.      Online Legal and Financial Research: $3,450.80. This category includes vendors such as Refinitiv and Westlaw. These resources provided access to SEC filings, factual databases, and legal research, and allowed for proofreading and "blue-booking" court filings (including checking all legal authorities cited and quoted in briefs). This category represents the expenses

incurred by FNF for use of these services in connection with this Litigation. FNF has flat-rate contracts with these providers for use of their services. When FNF utilizes online services provided by a vendor with a flat-rate contract, access to the service is by a billing code entered for the specific case being litigated. At the end of each billing period in which such service is used, FNF's costs for such services are allocated to specific cases based on the percentage of use in connection with that specific case in the billing period. As a result of the contracts negotiated by FNF with certain providers, the Class enjoys substantial savings in comparison with the "market-rate" for a la carte use of such services which certain law firms pass on to their clients. For example, the "market-rate" charged to others by Westlaw for the types of services used by FNF is more expensive than the rates negotiated by FNF.

e.     Mediation Fees (JAMS): $13,882.10. Robert A. Meyer is a nationally recognized mediator of complex securities class actions who Plaintiff and the Individual Defendants retained to oversee the mediation of their case. They accepted a mediator's recommendation to settle the action after extensive negotiations with the help of Mr. Meyer.

7.     The expenses pertaining to this case come from the books and records of FNF. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

8.     The identification and background of my Firm and its attorneys is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2025 in Denver, Colorado.

*/s Ivy T. Ngo*
Ivy T. Ngo, Esq.