# EXHIBIT A

# EXHIBIT A

PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated v.
YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD
WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISAN-TO,
WILLIAM SWEEDLER, AARON HOL-LANDER, AL GOSSETT, STEWART LEON-ARD, JR., and
COHNREZNICK LLP - Case No.: 1:21-cv-07296

**Freedman Normand Friedland LLP**
**Inception through January 21, 2025**

| PROFESSIONAL | TITTLE | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Bleiler, Russel | Summer Associate | 97.10 | $290.00 | $28,159.00 |
| Clark, Jessica | Associate | 20.90 | $622.00 | $13,086.00 |
| Economides, Constantine | Partner | 0.70 | $890.00 | $623.00 |
| Freedman, Devin (Velvel) | Partner | 30.60 | $1,186.92 | $36,877.00 |
| Glass, Devyn | Staff Associate | 29.60 | $420.00 | $12,432.00 |
| Karadjas, Athanasia | Director of Legal Support | 10.70 | $285.00 | $2,958.00 |
| Larkin, Christina | Paralegal | 24.50 | $240.00 | $5,880.00 |
| Ngo, Ivy | Counsel | 955.30 | $957.56 | $916,257.00 |
| Normand, Ted | Partner | 8.40 | $1,100.00 | $9,240.00 |
| Pierce, Brianna | Associate | 82.60 | $684.55 | $55,814.50 |
| Revilla, Marijanne | Paralegal | 190.00 | $345.00 | $65,550.00 |
| Trabue, Thomas | Associate | 498.30 | $622.19 | $302,540.00 |

TOTALS  1948.70  $1,449,416.50