# EXHIBIT B

# EXHIBIT B

PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated v. YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISAN-TO, WILLIAM SWEEDLER, AARON HOL-LANDER, AL GOSSETT, STEWART LEON-ARD, JR., and COHNREZNICK LLP - Case No.: 1:21-cv-07296

**Freedman Normand Friedland LLP**
**Inception through January 21, 2025**

| CATEGORY | AMOUNT |
| --- | --- |
| Experts/Consultants | $16,049.00 |
| Filing and Other Fees | $3,612.65 |
| Mediation Fees | $13,882.10 |
| Research | $3,450.80 |
| Travel | $1,932.64 |

**TOTALS**                    **$38,927.19**