**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:21-cv-07296 |
| Plaintiff, | |
| v. | CLASS ACTION |
| YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP, STEPHEN WYSS, STEPHEN JACKSON, and ROBERT HILBERT, | Honorable J. Paul Oetken |
| Defendants. | |

**DECLARATION OF DAWN M. CODY OF ANGEION GROUP, REGARDING:**
**(A) NOTICE MAILING; (B) PUBLICATION OF THE SUMMARY NOTICE; AND**
**<u>(C) REPORT ON REQUESTS FOR EXCLUSIONS AND OBJECTIONS RECEIVED</u>**

Pursuant to 28 U.S.C. § 1746, I, Dawn Cody, declare,

1.       I am a Project Manager at Angeion Group ("Angeion").  Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  I submit this declaration to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the provision of notice to the Class.[1]  I am over 21 years of age and am not a party to this Action.  I have personal knowledge of the facts stated herein.

## NOTICE TO THE SETTLEMENT CLASS

2.       Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, entered on November 8, 2024 (ECF No. 150) (the "Preliminary Approval Order") and the Joint Stipulation to Amend Notice Process, entered December 4, 2024 (ECF No. 152) (the "Joint Stipulation"), Angeion was retained as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement in the Action.  Pursuant to its appointment, as explained below, Angeion mailed the Summary Notice to all persons, identified through reasonable effort, who purchased or acquired Sequential Securities between November 9, 2016, and December 11, 2020, inclusive (the "Class Period").  A copy of the Summary Notice is attached hereto as **Exhibit A**.

3.       The Summary Notice informed potential members of the Class of the proposed Settlement, advised them of their rights and options, and provided them with directions on how to obtain additional information about the Settlement.

## MAILING OF THE SUMMARY NOTICE

4.       On November 22, 2024, Angeion received from Counsel a list from the transfer agent for Sequential (the "Transfer Agent List") containing the names and addresses of potential Settlement Class Members. Angeion electronically processed the data to remove duplicates, resulting in 1,579 unique Settlement Class Members.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated October 30, 2024 (ECF No. 147-1) (the "Stipulation").

5.      Pursuant to the Joint Stipulation, on December 11, 2024 (the "Notice Date"), Angeion caused the Summary Notice to be sent by first-class mail to those 1,579 potential Settlement Class Members.

6.      As in most cases of this nature, the majority of potential Settlement Class Members are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees ("Nominees") in the name of the nominee, on behalf of the beneficial purchaser.  The names and addresses of these beneficial purchasers are known only to the Nominees.  Angeion maintains a proprietary database of 3,789 known securities brokers, dealers, banks, and other Nominees to be used for notifying record holders of settlements (the "Broker Database").  On the Notice Date, Angeion caused the Summary Notice to be sent by first-class mail to the 3,789 mailing records contained in the Broker Database.

7.      Since the Notice Date, Angeion has received requests from Nominees to (i) send the Summary Notice to the Nominee for distribution, or (ii) send the Summary Notice directly to the Nominee's customers, whose contact information the Nominee provided to Angeion.  Through January 20, 2025, Angeion mailed an additional 15,900 Summary Notices, directly or indirectly to potential Settlement Class Members in response to requests from nine Nominees.

8.      In addition to mailing the Summary Notice, one of the nine Nominees had also emailed notification to 15,022 records that were not duplicated in their mailing.

9.      As a result of the efforts described above, as of January 20, 2025, a total of 36,290 Summary Notices were mailed or emailed to potential Settlement Class Members and Nominees.

<u>**PUBLICATION OF THE SUMMARY NOTICE**</u>

10.      In accordance with the Preliminary Approval Order and the Joint Stipulation, Angeion caused the Summary Notice to be published in *Investor's Business Daily* on December 16, 2024, and transmitted over *PR Newswire* on December 18, 2024.  Copies of proof of publication and transmission of the Summary Notice in *Investor's Business Daily* and over *PR Newswire* are attached hereto as **Exhibits B and C**, respectively.

**SETTLEMENT WEBSITE**

11.     Pursuant to the Preliminary Approval Order, and to further assist potential Settlement Class Members. Angeion established and continues to maintain a website dedicated to the Settlement (the "Settlement Website"), www.SequentialSecuritiesSettlement.com.  The Settlement Website became operational on December 11, 2024, and is accessible 24 hours a day, 7 days a week. Angeion will maintain the website through the administration of the Settlement. The Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Court's Settlement Hearing.  Copies of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), Proof of Claim and Release form, the Stipulation, the Joint Stipulation, and the Preliminary Approval Order are posted on the Settlement Website and are available for downloading. In addition, Frequently Asked Questions and their corresponding answers are also available.  A copy of the Notice is attached hereto as Exhibit D.

**TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS**

12.     On December 11, 2024, Angeion put in operation a telephone number (1-844-910-4016) with an interactive voice response system ("IVR") and live operators to accommodate potential Class Members with questions about the Action and the Settlement.  The automated attendant answers the calls and presents callers with important information about the Settlement.  Angeion continues to maintain the telephone number and will update the IVR as necessary through the administration of the Settlement. Angeion has promptly responded to each telephone inquiry and will continue to address inquiries from potential Settlement Clas Members.

13.     In addition, Angeion established a dedicated email address for inquiries at info@SequentialSecuritiesSettlement.com.   This email address will be maintained through the administration of the Settlement.  Angeion has promptly responded to each email inquiry and will continue to address inquiries from potential Settlement Class Members.

**INCOMING MAIL**

14.    Angeion's mailing address appears in the Notice, the Summary Notice, and on the Settlement Website.  Angeion has monitored all mail that has been delivered to the mailing address, which can include requests for exclusion, objections to the Settlement, Proof of Claim and Release forms, and other administrative mail.  All mail has been reviewed, processed, and responded to in a timely manner.

**REQUESTS FOR EXCLUSION AND OBJECTIONS**

15.    The Notice and Summary Notice inform potential Settlement Class Members that requests for exclusion from the Settlement Class are to be mailed to the Claims Administrator and must be postmarked no later than February 4, 2025.  As of January 20, 2025, Angeion has not received any requests for exclusion from the Settlement Class.

16.    Potential Settlement Class Members were also notified that any objections to any part of the Settlement, the proposed Plan of Allocation, and/or the application by Lead Counsel for attorneys' fees and expenses must be submitted in writing to the Court and mailed to the Clerk of the Court, Lead Counsel and Defendants' Counsel, such that they are received no later than February 4, 2025.  As of January 20, 2025, Angeion has not received any misdirected objections.

17.    Angeion will continue to monitor incoming mail for exclusion requests and objections up to and beyond the deadline and will report to Lead Counsel any exclusion requests or objections it receives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January 2025, in Milwaukee, Wisconsin.


Dawn M. Cody
Project Manager
ANGEION GROUP