# EXHIBIT A

*D'Arcy v. Sequential Brands Group, Inc., et al.,*
Case No. 1:21-cv-07296-JPO (S.D.N.Y.)

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR ACQUIRED SECURITIES OF SEQUENTIAL BRANDS GROUP, INC. ("SEQUENTIAL" OR THE "COMPANY") BETWEEN NOVEMBER 9, 2016 AND DECEMBER 11, 2020, INCLUSIVE:**

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS LITIGATION. PLEASE NOTE THAT IF YOU ARE A CLASS MEMBER, YOU MAY BE ENTITLED TO SHARE IN THE PROCEEDS OF THE SETTLEMENT DESCRIBED IN THIS NOTICE. TO CLAIM YOUR SHARE OF THIS FUND, YOU MUST SUBMIT A VALID PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") POSTMARKED OR SUBMITTED ONLINE ON OR BEFORE March 11, 2025.

**For more information visit www.SequentialSecuritiesSettlement.com or call toll-free 1-844-910-4016**

*Sequential Securities Settlement*
c/o Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Presorted
First Class
US Postage PD
Lansdale, PA
Permit 491

This Notice relates to a proposed Settlement of claims in a pending securities class action lawsuit brought by investors alleging that Defendants violated the federal securities laws by allegedly misrepresenting and failing to make required disclosures to investors regarding adverse facts pertaining to Defendants' business, operational and financial results, which were known to Defendants or recklessly disregarded by them about the Company's goodwill and a related investigation by the Securities Exchange Commission.

**Who's Included in the Class?** All persons and entities who purchased or otherwise acquired Sequential securities from November 9, 2016, to December 11, 2020, inclusive (the "Class Period"), and were damaged thereby.

**What does the Settlement Provide?** The Defendants have agreed to pay or cause to be paid $9,750,000.00 in cash, which will be deposited in an interest-bearing escrow account for the benefit of the Class (the "Settlement Fund"). The Settlement Fund will be divided, after deduction of Court-awarded attorneys' fees and expenses, settlement administration costs, and any applicable taxes and tax expenses, among all Class Members who timely submit valid Proofs of Claim that are accepted for payment by the Court.

**How can I get a Payment?** To qualify for a payment, you must timely send in a valid Proof of Claim with supporting documents. You can obtain a Proof of Claim by visiting www.SequentialSecuritiesSettlement.com. Please read the instructions carefully, fill out the Proof of Claim, include all the documents the form asks for, sign it, and submit it to the Claims Administrator by mail postmarked on or before March11, 2025, or electronically so it is received no later than March 11, 2025. Visit www.SequentialSecuritiesSettlement.com for complete details on how to submit your Proof of Claim.

**What are my Other Options?** If you want to keep any right, you may have to sue or continue to sue the Defendants about the claims this Settlement resolves. To do so, you must submit a written exclusion request to the Claims Administrator by mail, postmarked on or before February 4, 2025. If you do not exclude yourself from the Settlement, you can object to any part of it by filing a written objection with the Court no later than February 4, 2025. If you file an objection, you may ask the Court to speak at the Settlement Hearing. Visit www.SequentialSecuritiesSettlement.com for complete details on how to exclude yourself from the Settlement or object to it. If you do nothing, you will get no money from this Settlement, and you and other Releasing Plaintiff Parties will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Defendants and their Related Parties about the Released Claims in this case.

**The Court's Settlement Hearing.** The Court will hold a Settlement Hearing at 12:00 p.m. EST on February 25, 2025, in the United States District Court for the Southern District of New York. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. The Court also will consider the proposed Plan of Allocation for the proceeds of the Settlement and Lead Counsel's application for attorneys' fees and expenses. The Court will take into consideration any written objections. We do not know how long it will take the Court to make these decisions.

**Getting More Information.** This Notice is only a Summary. For more information, please visit www.SequentialSecuritiesSettlement.com or call toll-free 1-844-910-4016.