# EXHIBIT C

# FREEDMAN NORMAND FRIEDLAND LLP ANNOUNCES NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION IN PETER D'ARCY V. SEQUENTIAL BRANDS GROUP, INC., ET AL. (CASE NO. 1:21-CV-07296 (JPO)

NEWS PROVIDED BY
**FREEDMAN NORMAND FRIEDLAND LLP** →
Dec 18, 2024, 09:00 ET

SHARE THIS ARTICLE

  

MIAMI, Dec. 18, 2024 /PRNewswire/ --

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR ACQUIRED SECURITIES OF SEQUENTIAL BRANDS GROUP, INC. ("SEQUENTIAL" OR THE "COMPANY") BETWEEN NOVEMBER 9, 2016, AND DECEMBER 11, 2020, INCLUSIVE.**

This Notice relates to a proposed Settlement of claims in a pending securities class action lawsuit brought by investors alleging that Defendants violated the federal securities laws by allegedly misrepresenting and failing to make required disclosures to investors regarding adverse facts pertaining to Defendants' business, operational and financial results, which were known to Defendants or recklessly disregarded by them about the Company's goodwill and a related investigation by the Securities Exchange Commission ("SEC").

**What does the Settlement Provide?** The Defendants have agreed to pay or cause to be paid $9,750,000.00 in cash, which will be deposited in an interest-bearing escrow account for the benefit of the Class (the "Settlement Fund"). The Settlement Fund will be divided, after deduction of Court-awarded attorneys' fees and expenses, settlement administration costs, and any applicable taxes and tax expenses, among all Class Members who timely submit valid Proofs of Claim that are accepted for payment by the Court.

**How can I get a Payment?** To qualify for a payment, you must timely send in a valid Proof of Claim with supporting documents. You can obtain a Proof of Claim by visiting www.SequentialSecuritiesSettlement.com. Please read the instructions carefully, fill out the Proof of Claim, include all the documents the form asks for, sign it, and submit it to the Claims Administrator by mail postmarked on or before **March 11, 2025**, or electronically so it is received no later than **March 11, 2025**. Visit www.SequentialSecuritiesSettlement.com for complete details on how to submit your Proof of Claim.

**What are my Other Options?** If you want to keep any right, you may have to sue or continue to sue the Defendants about the claims this Settlement resolves. To do so, you must submit a written exclusion request to the Claims Administrator by mail, postmarked on or before February 4, 2025. If you do not exclude yourself from the Settlement, you can object to any part of it by filing a written objection with the Court no later than February 4, 2025. If you file an objection, you may ask the Court to speak at the Settlement Hearing. Visit www.SequentialSecuritiesSettlement.com for complete details on how to exclude yourself from the Settlement or object to it. If you do nothing, you will get no money from this Settlement, and you and other Releasing Plaintiff Parties will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Defendants and their Related Parties about the Released Claims in this case.

**The Court's Settlement Hearing.** The Court will hold a Settlement Hearing at 12:00 EST on February 25, 2025, in the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. The Court also will consider the proposed Plan of Allocation for the proceeds of the Settlement and Lead Counsel's application for attorneys' fees and expenses. The Court will take into consideration any written objections. We do not know how long it will take the Court to make these decisions.

**Getting More Information.** This Notice is only a Summary. For more information, please send an email to

info@SequentialSecuritiesSettlement.com, visit www.SequentialSecuritiesSettlement.com, or call toll-free (844) 910-4016.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: Dec 18, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOURCE FREEDMAN NORMAND FRIEDLAND LLP



**WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?**

440k+ Newsrooms & Influencers

9k+ Digital Media Outlets

270k+ Journalists Opted In

GET STARTED

## Also from this source



**Freedman Normand Friedland Files Market Manipulation Case On Behalf of Quantum Biopharma**

On Sunday, Freedman Normand Friedland LLP ("FNF"), with co-counsel Christian Attar, filed a market manipulation case on behalf of firm client,...



**Freedman Normand Friedland Expands into Art Law with Acquisition of Kaye Spiegler**

Freedman Normand Friedland LLP ("FNF"), a leading litigation boutique with offices in New York, Miami, and Boston, proudly announces the acquisition...

**More Releases From This Source →**

## Explore



Banking & Financial Services

**News Releases in Similar Topics →**

**Contact PR Newswire**

Call PR Newswire at 888-776-0942 from 8 AM - 9 PM ET

Chat with an Expert

Contact Us ⌃

X f in

**Products**

For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
Accessibility Statement

Global Sites ⌃

**My Services**

All New Releases
Online Member Center
ProfNet

Do not sell or share my personal information:

• Submit via Privacy@cision.com
• Call Privacy toll-free: 877-297-8921

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings

Copyright © 2025 Cision US Inc.