**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:21-cv-07296 |
| Plaintiff, | |
| v. | CLASS ACTION |
| YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., and COHNREZNICK LLP, | Honorable J. Paul Oetken |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF DAWN M. CODY OF ANGEION GROUP,**
**REGARDING: (A) UPDATE ON MAILING OF THE SUMMARY NOTICE;**
**(B) UPDATE ON REQUESTS FOR EXCLUSIONS AND OBJECTIONS;**
**AND (C) REPORT ON CLAIMS RECEIVED TO DATE**

Pursuant to 28 U.S.C. § 1746, I, Dawn M. Cody, declare,

1.    I am a Project Manager at Angeion Group ("Angeion").  Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  I submit this supplemental declaration to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the provision of notice to the Class.[1]  I am over 21 years of age and am not a party to this Action.  I have personal knowledge of the facts stated herein.

2.    Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, entered on November 8, 2024 (ECF No. 150) (the "Preliminary Approval Order") and the Joint Stipulation to Amend Notice Process, entered December 4, 2024 (ECF No. 152) (the "Joint Stipulation"), Angeion was retained as the Claims Administrator.

3.    I submit this declaration as a supplement to my earlier declaration, the Declaration of Dawn M. Cody of Angeion Group, Regarding: (A) Notice Mailing; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusions and Objections Received, dated January 20, 2024 (the "Initial Mailing Declaration").

### UPDATE ON MAILING OF THE SUMMARY NOTICE

4.    Since the execution of the Initial Mailing Declaration, Angeion has continued to disseminate copies of the Summary Notice in response to requests received from potential Class Members and nominees.

5.    As more fully stated in my Initial Mailing Declaration, as of January 20, 2024, a total of 36,290 Summary Notices had been mailed or emailed to potential Settlement Class Members and nominees.

6.    Since the execution of my Initial Mailing Declaration, and as of February 13, 2025, Angeion has caused an additional 608 Summary Notices to be mailed or emailed in response to requests received from potential Settlement Class Members, brokers, and other nominees.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated October 30, 2024 (ECF No. 147-1) (the "Stipulation").

7.      Therefore, as of February 13, 2025, Angeion has disseminated a total of 36,898 Summary Notices to potential Settlement Class Members and nominees.

## UPDATE ON REQUESTS FOR EXCLUSIONS AND OBJECTIONS

8.      The Notice and Summary Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class are to be mailed to the Claims Administrator and must be postmarked no later than February 4, 2025.  As of February 13, 2025, Angeion has not received any requests for exclusion from the Settlement Class.

9.      Potential Settlement Class Members were also notified that any objections to any part of the Settlement, the proposed Plan of Allocation, and/or the application by Lead Counsel for attorneys' fees and expenses must be submitted in writing to the Court and mailed to the Clerk of the Court, Lead Counsel and Defendants' Counsel, such that they are received no later than February 4, 2025.  As of February 13, 2025, Angeion has not received any misdirected objections.

## REPORT ON CLAIMS RECEIVED TO DATE

10.      Angeion will continue to monitor incoming mail for exclusion requests and objections and will report to Lead Counsel any exclusion requests or objections it receives.

11.      The Notice and Summary Notice informed potential members of the Settlement Class that if they wished to participate in the Settlement, they must submit a Claim to Angeion, with supporting documentation online or postmarked no later than March 11, 2025. As of February 13, 2025, Angeion has received approximately 190 claims. In our experience with other securities class actions, this number is typical given that the initial mailing occurred on December 11, 2024. Institutional filers, who file the vast majority of claims, take time to gather their data and their claims are typically filed on or immediately before the claims filing deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February 2025, in Milwaukee, Wisconsin.

_____
Dawn M. Cody
Project Manager
ANGEION GROUP