UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER D'ARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>YEHUDA SHMIDMAN, KAREN MURRAY, GARY KLEIN, ANDREW COOPER, CHAD WAGENHEIM, PETER LOPS, DAVID CONN, DANIEL HANBRIDGE, LORRAINE DISANTO, WILLIAM SWEEDLER, AARON HOLLANDER, AL GOSSETT, STEWART LEONARD, JR., COHNREZNICK LLP,<br><br>Defendants. | No. 1:21-cv-07296 (JPO) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff CJD Property Finance Company, LLC stipulates and agrees that former Defendants Stephen Wyss, Stephen Jackson, and Robert Hilbert, who were previously dismissed from this action without prejudice, are hereby dismissed from this action with prejudice.

**FREEDMAN NORMAND FRIEDLAND LLP**                    **HOGAN LOVELLS US LLP**

By: *Ivy T. Ngo*                                                              By: *Patrick N. Petrocelli*
    Ivy T. Ngo                                                                  James Bernard
1 SE 3rd Avenue, Suite 1240                                          Patrick N. Petrocelli
Miami, FL 33131                                                          390 Madison Avenue
Telephone:  (786) 924-2900                                       New York, NY 10017
Facsimile:  (646) 392-8842                                        Telephone: (212) 918-3000
                                                    Facsimile:  (212) 918-3100

***Counsel for Plaintiff CJD Property Finance Company, LLC***

***Counsel for Defendants Stephen Wyss, Stephen Jackson, and Robert Hilbert***

**SO ORDERED:**

J. PAUL OETKEN
United States District Judge

February 24, 2025